```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MR. DEON C. STAFFORD, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN (SUPERINTENDENT) | : | |
| MANNY ARROYO (DEPUTY SUPERINTENDENT) | : | |
| DAVID DIGUGLIELMO (DEPUTY SUPERINTENDENT) | : | |
| GEORGE HILTNER (SUPERVISOR MAINTENANCE) | : | |
| MRS. KNAUR (ADMINISTRATION SUPERVISOR) | : | |
| MR. MSCURDY (FIRE INSPECTOR SUPERVISOR) | : | NO. 02-3790 |

<u>ORDER</u>

AND NOW, this        day of July, 2003, the Court finding that:

(a) By Order dated June 19, 2002, this Court informed plaintiff, a prisoner at the State Correctional Institution at Graterford (S.C.I. Graterford), that in accordance with 28 U.S.C. § 1915, a prisoner bringing a civil action must pay the full amount of the $150 filing fee;

(b) Based upon the financial information that plaintiff submitted to the Court, he was assessed an initial partial filing fee of $18.68. He was also advised that after the initial partial filing fee is collected and forwarded to the Clerk, the Superintendent or other appropriate official at any prison at which plaintiff may be incarcerated will be directed to deduct from plaintiff's prison account, each time that the balance in plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to

plaintiff's account during the preceding month and forward that amount to the Clerk of Court until the filing fee is paid;

    (c)  Because plaintiff may not have realized when he brought this civil action that he is required to pay the filing fee, we gave him twenty (20) days to notify the Court whether he wished to discontinue this civil action;

    (d)  Plaintiff did not notify the Court that he wished to continue this civil action within the twenty (20) day period following this Court's Order of June 19, 2002.  Instead, on July 12, 2002, he paid the initial partial filing fee of $18.68;[1]

It is therefore ORDERED that:

    1.  Deon C. Stafford, Sr., DD-4637, shall pay the filing fee of $150, less $18.68 already paid;

    2.  The Superintendent or other appropriate official at S.C.I. Graterford or at any prison at which plaintiff may be incarcerated shall, until the full filing fee is paid, deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount, to be credited to Civil Action No. 02-3790, to the following address:

        Clerk of the United States District Court
        for the Eastern District of Pennsylvania,
        601 Market Street, Room 2609,
        Philadelphia, PA 19106

    3.  The Clerk is directed to forward a copy of this order to the Superintendent of S.C.I. Graterford; and

4. The Clerk shall REOPEN this case statistically.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**