DATE OF NOTICE:        January 23, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Deon C. Stafford, Mr. Sr. | : | |
| | : | |
| vs. | : | |
| | : | Civil Action No. 02-3790 |
| Donald T. Vaughn, et al | : | |

**NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Tuesday, February 10, 2004 at 3:00 P.M.,** with the Honorable Jan E. DuBois. Counsel for Defendant will initiate the telephone conference by calling the Deputy Clerk at (267) 299-7339.

Attached is the Court's Scheduling and Discovery Policy and a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Michael Coyle
Deputy Clerk to Judge DuBois
267-299-7339

cc: Deon C. Stafford
    Patrick J. Mc Monagle, Esq.

Attachment