IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD, MR. SR | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DONALD T. VAUGHN | : | NO. 02-3790 |
| (SUPERINTENDENT), MANNY ARROYO | : | |
| (DEPUTY SUPERINTENDENT), DAVID | : | |
| DIGUGLIELMO (DEPUTY | : | |
| SUPERINTENDENT), GEORGE | : | |
| HILTNER (SUPERVISOR | : | |
| MAINTENANCE), KNAUR, MRS., and | : | |
| MSCURDY, MR. | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 23rd day of February, 2004, following a Preliminary Pretrial Conference on said date,[1] the Court, by separate Order dated February 23, 2004, having denied defendants' Motion to Dismiss, and *pro se* plaintiff having orally requested the appointment of counsel to represent him, **IT IS ORDERED** that the Court will attempt to appoint counsel to represent *pro se* plaintiff, Deon C. Stafford, Sr., under the Prisoner Civil Rights Panel Program.[2]

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] The Conference was conducted by telephone. *Pro se* plaintiff, an inmate at SCI-Graterford, and defense counsel, Patrick J. McMonagle, Esquire, participated. In addition, Ronald Walker, an inmate at SCI-Graterford, participated in the Conference as an observer at *pro se* plaintiff's request.

[2] A copy of the Prisoner Civil Rights Panel Program Description shall be appended to this Order.