IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN (SUPERINTENDENT), MANNY ARROYO (DEPUTY SUPERINTENDENT), DAVID DIGUGLIELMO (DEPUTY SUPERINTENDENT), GEORGE HILTNER (SUPERVISOR MAINTENANCE), MRS. KNAUER (ADMINISTRATION SUPERVISOR), MR. MCSURDY (FIRE INSPECTOR SUPERVISOR) | : : : : : : : : | NO. 02-3790 |

**ORDER**

AND NOW, this      day of            , 2004, upon consideration of the Unopposed Motion for Extension of Time in which to file Dispositive Motions, it is hereby ORDERED that said motion is GRANTED.  Commonwealth defendants' Motion for Summary Judgment will be filed by August 6, 2004 and Plaintiff's Response will be filed by August 27, 2004.  However, the dates provided in the February 23, 2004 Scheduling Order for all pretrial memoranda will remain the same.

BY THE COURT:

_____
JAN E. DUBOIS,            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN (SUPERINTENDENT), MANNY ARROYO (DEPUTY SUPERINTENDENT), DAVID DIGUGLIELMO (DEPUTY SUPERINTENDENT), GEORGE HILTNER (SUPERVISOR MAINTENANCE), MRS. KNAUER (ADMINISTRATION SUPERVISOR), MR. MCSURDY (FIRE INSPECTOR SUPERVISOR) | : : : : : : : : : | NO. 02-3790 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTIONS**

Commonwealth defendants move this Court to extend the deadlines for filing dispositive motions in the above-captioned case to fourteen (14) days from the dates on the Scheduling Order.

1. By Order dated February 23, 2004, this Court set a July 23, 2004 deadline for "[a]ny motions for summary judgment" and a August 13, 2004 deadline for a response.

2. The undersigned has conferred with plaintiff regarding minor discovery issues and the deadline for filing dispositive motions and responses.

3. Although Plaintiff is eager to move this case along — as is the undersigned — he has indicated that he will not oppose this motion for extension.

4. Moreover, because Commonwealth defendants due not wish to push back any of the other deadlines for pretrial memoranda, granting this extension will not prejudice the plaintiff.

2

WHEREFORE, defendants request this Court to extend the deadline for filing a dispositive motion, in the above-captioned case, to fourteen (14) days from the date on the present Scheduling Order.

>                             GERALD J. PAPPERT
>                             ATTORNEY GENERAL
>
> BY:  /s/ Patrick J. McMonagle
>      Patrick J. McMonagle
>      Deputy Attorney General
>      Identification No. 83890

Office of Attorney General            Susan J. Forney
21 S. 12th Street, 3rd Floor          Chief Deputy Attorney General
Philadelphia, PA  19107-3603          Chief, Litigation Section
Telephone No. (215) 560-2933
Fax:  (215) 560-1031

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN (SUPERINTENDENT), MANNY ARROYO (DEPUTY SUPERINTENDENT), DAVID DIGUGLIELMO (DEPUTY SUPERINTENDENT), GEORGE HILTNER (SUPERVISOR MAINTENANCE), MRS. KNAUER (ADMINISTRATION SUPERVISOR), MR. MCSURDY (FIRE INSPECTOR SUPERVISOR) | : : : : : : : : : | NO. 02-3790 |

**CERTIFICATE OF SERVICE**

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendants' Unopposed Motion for Extension of Time in which to file Dispositive Motions was filed electronically and is available for viewing and downloading from the ECF system. I further certify that a true and correct copy of said document was mailed on July 8, 2004, postage prepaid, to:

Deon Stafford, DD-4637
State Correctional Institution at Graterford
P.O. Box 244
Graterford, PA 19426

GERALD J. PAPPERT
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone No. (215) 560-2933
Fax:  (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section