IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEON C. STAFFORD, MR. SR** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **DONALD T. VAUGHN** | : | NO. 02-3790 |
| **(SUPERINTENDENT), MANNY ARROYO** | : | |
| **(DEPUTY SUPERINTENDENT), DAVID** | : | |
| **DIGUGLIELMO (DEPUTY** | : | |
| **SUPERINTENDENT), GEORGE** | : | |
| **HILTNER (SUPERVISOR** | : | |
| **MAINTENANCE), KNAUR, MRS., and** | : | |
| **MSCURDY, MR.** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 19th day of July, 2004, upon consideration of the Unopposed Motion for Extension of Time to File Dispositive Motions (Document No. 16, filed July 7, 2004), **IT IS ORDERED** that the Unopposed Motion for Extension of Time to File Dispositive Motions is **GRANTED**, and the time for filing and serving Commonwealth Defendants' Motion for Summary Judgment is **EXTENDED** to August 6, 2004, and the time for filing and serving plaintiff's response to the Motion is **EXTENDED** to August 27, 2004. The August 27, 2004 date for filing and serving a response to the Commonwealth Defendants' Motion for Summary Judgment is **WITHOUT PREJUDICE** to plaintiff's right to seek an extension of that date if the Commonwealth Defendants have not provided plaintiff with the documents which were ordered produced on or before March 15, 2004, and all other appropriate discovery requested by plaintiff.

**IT IS FURTHER ORDERED** that two (2) copies of the Commonwealth Defendants' Motion for Summary Judgment and plaintiff's response shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**