IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEON C. STAFFORD, MR. SR** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **DONALD T. VAUGHN** | : | **NO. 02-3790** |
| **(SUPERINTENDENT), MANNY ARROYO** | : | |
| **(DEPUTY SUPERINTENDENT), DAVID** | : | |
| **DIGUGLIELMO (DEPUTY** | : | |
| **SUPERINTENDENT), GEORGE** | : | |
| **HILTNER (SUPERVISOR** | : | |
| **MAINTENANCE), KNAUR, MRS., and** | : | |
| **MSCURDY, MR.** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 30th day of July, 2004, upon consideration of the Motion of plaintiff, Deon C. Stafford, Sr., for an Order Compelling Discovery (Document No. 17, filed July 13, 2004), and Commonwealth Defendants' Response to Plaintiff's Motion for an Order Compelling Discovery, **IT IS ORDERED** that, within ten (10) days of the date hereof, Commonwealth Defendants shall provide the Court with unredacted copies of all reports and other records covering (a) plaintiff's accident, (b) the six prior accidents involving the steps in question, and (c) maintenance and repair records covering the steps in questions for three (3) years before plaintiff's accident and one (1) year after plaintiff's accident. The Commonwealth, in submitting the records for in-camera review, shall note which records have been provided to plaintiff and, where redacted records have been provided, the redaction shall be noted.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**