# EXHIBIT A
**Deposition Transcript: Deon C. Stafford**

Page 1

```
1            UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                    * * *
3   DEON C. STAFFORD, SR., :
                Plaintiff,   :
4                            :
            vs.              :
5                            :
    DONALD T. VAUGHN, et     :
6   al.,                     :
            Defendants.   : No. 02-3790
7
                     * * *
8
9          Oral deposition of DEON STAFFORD,
10  SR., taken at S.C.I. GRATERFORD, P.O. Box
11  246, Graterford, Pennsylvania, 19426, on
12  Wednesday, July 7, 2004, beginning at
13  approximately 10:20 a.m., before Nicole
14  Pavlovich, Reporter-Notary Public.
15
16                   * * *
17
18          PRECISION REPORTING, INC.
       230 South Broad Street -  11th Floor
19            Philadelphia, PA  19102
                 (215) 731-9847
20               1-800-528-3060
    2149 Galloway Road       1134 Parliament Way
21  Bensalem, PA  19020      Thorofare, NJ 08086
    (215) 731-9847           (609) 848-4978
22
23
24
```

e5591cc0-e23b-11d8-89cd-009027819961



Page 2

1  APPEARANCES:
2
3      PATRICK J. MCMONAGLE, ESQUIRE
       DEPUTY ATTORNEY GENERAL
       OFFICE OF ATTORNEY GENERAL
4      21 South 12th Street, 3rd Floor
       Philadelphia, PA 19107
5
       -- Representing the Defendants
6
7
8              * * *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1  saying.
2      If you answer a question I'm
3  going to assume you understood it. However,
4  if a few minutes later you think that you
5  want to change a previous answer just let me
6  know and I will give you the opportunity to
7  do so. One purpose of the deposition is to
8  use your sworn testimony in this case for the
9  proceedings. For example, if it goes to
10  trial it can be used against you if you say
11  something different at trial, do you
12  understand that?
13      A.   Right.
14  Q.   Therefore, you should try to be as
15  complete and direct as you can be. Finally,
16  if you need a break for any reason, please
17  tell me and we will take a break, okay?
18      A.   All right. I have a few
19  questions, though.
20  Q.   All right. Why don't we start.
21      A.   Oh, you start?
22  Q.   You can. This is about me asking you
23  questions.
24      A.   Right. But I was under the

Page 3

1              * * *
2      DEON STAFFORD, SR.,
3  after having been first duly
4  sworn, was examined and testified
5  as follows:
6              * * *
7      EXAMINATION
8              * * *
9  BY MR. MCMONAGLE:
10  Q.   Good morning, my name is Patrick
11  McMonagle and I represent the people you are
12  suing from the Department of Corrections in
13  this lawsuit. Superintendent Vaughn, Deputy
14  Superintendent Arroyo, Deputy Superintendent
15  Diguglielmo, Fire Inspector McCurdy, and the
16  facilities maintenance manager Hiltner, I'm
17  here today to ask you questions about your
18  lawsuit. If you don't understand a question,
19  please tell me, I will repeat it. When you
20  answer a question you have to answer by
21  saying yes or no. The reporter cannot record
22  an answer if you just nod your head.
23  Remember to speak slowly and clearly so the
24  court reporter can record what you are

Page 5

1  impression that this wasn't until further
2  down in the procedures, because we were going
3  through discovery as of July 25th supposed to
4  be the deadline. I have not received
5  anything, so I was kind of shocked we have
6  this deposition at this point.
7  Q.   July 25th was the deadline for requests
8  to go out. But I can still -- the deadline
9  for the --
10      A.   June 25th.
11  Q.   June 25th, right. This Friday.
12      A.   July 9th.
13  Q.   Yes, is medical records.
14      A.   Right.
15  Q.   And I will give you what I'm able to
16  give you from the medical records according
17  to the court order.
18      A.   Right.
19  Q.   On Friday.
20      A.   But that's not my question. My
21  question was, I still hadn't received
22  anything as of the deadline of the work
23  orders, the medical reports, and all the
24  housing reports on the steps and the accident

2 (Pages 2 to 5)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 6

1  from '96 to 2000.  You know, I haven't
2  received that.
3     Q.   I didn't exactly get a request from
4  you, but I know --
5        A.    From the judge.
6     Q.   Yes, the judge -- I can provide them on
7  Friday also, but there really isn't a whole
8  lot.  When I went to talk to -- what I recall
9  from the conversation with the judge he
10  wanted to see if you can get an MRI, for
11  example.
12       A.    Right.
13     Q.   And I spoke with somebody in the
14  medical department and he said it's not
15  warranted.
16       A.    Right.
17     Q.   So as far as the work order is -- from
18  what I recall there's nothing for those
19  steps.
20       A.    No work orders for those steps?
21     Q.   For those steps.
22       A.    I have copies of all the ones,
23  at least 13.
24     Q.   Did you bring them here?

Page 7

1        A.    No, I was waiting for yours, I'm
2  waiting for you guys, it's not required for
3  me to present them, it's your turn to present
4  yours, mines I had to go make copies of, I
5  had to go to -- I had to through channels
6  also, because I expected them to come back to
7  say as well as you did there was no work
8  orders or there was no evidence, when I knew
9  that I had evidence, you know, for those --
10  for those amount of years.
11     Q.   We will talk about that and then --
12       A.    I'm shocked you said there's no
13  orders when you have officers and lieutenants
14  in here who have pending litigation for
15  falling through steps.  I'm very shocked
16  about that.
17     Q.   I have to speak with the department
18  again.
19       A.    Oh, my goodness.
20     Q.   So we have just covered this, I will go
21  over some preliminary questions.  You say you
22  have not brought any documents with you?
23       A.    No, I just woke up and told this
24  was this morning, I didn't receive nothing in

Page 8

1  advance.
2     Q.   All right.  Are you on any medications
3  that would affect your ability to understand
4  the questions and answer fully?
5        A.    No, no.
6     Q.   Have you ever filed a lawsuit before?
7        A.    Yes, I have.
8     Q.   What was the name of that?
9        A.    I was in Dauphin County Prison,
10  Stafford versus Dominic DeRose, warden at
11  Dauphin County Prison.
12     Q.   Who are the defendants in that?
13       A.    Jeffery Hodge.
14     Q.   Were there any others?
15       A.    Dominic DeRose, warden Dauphin
16  County Prison.
17     Q.   What was the lawsuit about?
18       A.    Assaults by an officer.
19     Q.   What happened with the assault?
20       A.    The officer handcuffed me to the
21  food slot through the door for a period of
22  I'd say about 17 hours straight, because I
23  had pushed the medical button.  I needed
24  medication for my seizure.  I just came in

Page 9

1  off the street, he thought I was pushing the
2  button to be smart.  I did have a medical
3  problem and he didn't believe me.  Come down
4  the line in the future he found out I did.
5  So they handcuffed me through the food slot
6  for 17 hours to stop me from pushing the
7  button, because they didn't have any medical
8  records on me.  I just came in, he thought I
9  was lying.
10     Q.   What happened as a result of the
11  lawsuit?
12       A.    Settlement.
13     Q.   For what, what was the terms of the
14  settlement?
15       A.    The terms of the settlement is
16  no one was to be handcuffed or shackled down
17  in Dauphin County ever again and that I was
18  released of responsibility from Jeffery Hodge
19  in future lawsuits of Dominic DeRose in
20  county prison.
21     Q.   Is that it?
22       A.    Yes.
23     Q.   When was that?
24       A.    That was 1996.

3 (Pages 6 to 9)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 10

1   Q.   What is your educational level?
2       A.    GED, dropped out of school in
3   10th grade.
4   Q.   You received your GED while
5   incarcerated?
6       A.    Right.
7   Q.   When you were in Dauphin County was
8   that for a different sentence?
9       A.    For robbery for the sentence I
10  am here for now.
11  Q.   It's the same one.  When did that
12  start, when did you first start serving in
13  Dauphin County?
14      A.    January 1, 1996.
15  Q.   And you're still serving that sentence?
16      A.    Right.
17  Q.   When is your minimum number?
18      A.    2007.
19  Q.   January 2007?
20      A.    Right.
21  Q.   And your max?
22      A.    2026.
23  Q.   Okay.  You know what, we didn't get
24  your name.  For the record, what is your full

Page 11

1   name.
2       A.    Deon C. Stafford.
3   Q.   And how do you spell Deon?
4       A.    D-e-o-n.
5   Q.   And your date of birth?
6       A.    4-10-69.
7   Q.   And your current residence?
8       A.    Graterford Prison.
9   Q.   Now we'll get into the reason why I'm
10  here.  Prior to July 20, 2000 flight of
11  stairs behind S.C.I. Graterford's A block had
12  been decayed for some time, you said that in
13  your complaint; is that correct?
14      A.    Correct.
15  Q.   How long had it been decayed, in your
16  opinion?
17      A.    I'd say about seven or eight
18  years.
19  Q.   When did you arrive here?
20      A.    I arrived here in 1996, four
21  years before this.
22  Q.   And you are conjecturing that at least
23  four years before that it was decayed
24  already?

Page 12

1       A.    By what the lieutenant told me
2   who ran the block.
3   Q.   Prior to July 20, 2000 who did you
4   complain to?
5       A.    Lieutenant Zang.
6   Q.   Could you spell that for the reporter,
7   please.
8       A.    Lieutenant Z-a-n-g.
9   Q.   When was that?
10      A.    2001.
11  Q.   About when?
12      A.    I'm not -- I can't recall when
13  it was.  I had spoke to him -- let me see,
14  early 2000, even before the accident I spoke
15  to him about the steps.
16  Q.   I believe in your complaint you said
17  July 28, 2001 or 2000, I'm sorry?
18      A.    What was that?
19  Q.   July 28th.
20      A.    That I complained?
21  Q.   Yes, to a Lieutenant Zang.
22      A.    No, that was after the
23  complaint.  After the complaints I had made
24  orally and on paper to try to get the steps

Page 13

1   repaired so someone else wouldn't get hurt.
2   Before that I and many others complained.
3   Even officers complained about those steps.
4   Q.   So we're sticking with before July 20,
5   2000 you said you spoke to?
6       A.    Lieutenant Zang.
7   Q.   Lieutenant Zang.  Early in 2000?
8       A.    Right.  Also, I have a copy I
9   had wrote the Commissioner, Martin Horn.
10  Q.   When did you --
11      A.    That was --
12  Q.   -- write him?
13      A.    You know what, it was before the
14  fall, because he sent me a copy back.  I
15  still have the copy, he sent me an answer
16  back.
17  Q.   Will you provide them when I provide
18  you --
19      A.    Most definitely.  I have copies
20  of everything.
21  Q.   And in that letter you complained about
22  the steps on A block?
23      A.    Right.  They were broken, asked
24  if they could be repaired.

4 (Pages 10 to 13)

e5591cc0-e23b-11d8-89cd-009027819961

Page 14

1  Q.  What was his reply, if any?
2      A.  I don't even remember, it was a
3  positive reply.
4  Q.  What does a positive reply mean?
5      A.  Meaning some action was supposed
6  to be taken.  None ever was.
7  Q.  Anybody else before July 20, 2000 that
8  you complained to?
9      A.  Let me think.  C.O. Bratcher.
10 Q.  Could you spell that?
11     A.  B-r-a-t-c-h-e-r.
12 Q.  You say he's a corrections officer?
13     A.  Right.
14 Q.  When was that?
15     A.  Before the fall, seven months
16 before, I'm not sure of the date.
17 Q.  Did you complain orally to him?
18     A.  Yes.
19 Q.  What did he say?
20     A.  He said they put work orders in.
21 Q.  Anybody else?
22     A.  George Hiltner, supervisor of
23 maintenance.
24 Q.  When was that?

Page 15

1      A.  Way before this, about within
2  the last three months before the fall.  Every
3  time he came on the block me and other
4  inmates will go to him about the steps.
5  Q.  So you actually spoke to him?
6      A.  Yes.
7  Q.  What did he say?
8      A.  That he's received the work
9  orders, in time he will get to it.
10 Q.  Anybody else?
11     A.  Not that I can recall at this
12 point.
13 Q.  Okay.
14     A.  I didn't bring my notice.
15 Q.  After July 20, 2000 when you fell did
16 you grieve it?
17     A.  Yes.
18 Q.  Did you file a grievance?
19     A.  Yes.
20 Q.  And how did you go about doing that?
21     A.  Wrote a grievance to Leslie
22 Hatcher.
23 Q.  What was the result?
24     A.  The result was it's noted,

Page 16

1  that's what her answer was, it's noted.  It
2  will be looked into.  I filed three
3  grievances.
4  Q.  Let me show you a grievance here.  I
5  have here official inmate grievance filed
6  July 22, 2000, has your name here Deon C.
7  Stafford.
8      A.  Mm-hmm.
9  Q.  Filed to Mrs. Leslie Hatcher.
10     A.  Right.
11 Q.  I'm going to show it to you and verify
12 if that's your handwriting?
13     A.  Mm-hmm.
14 Q.  That's what you wrote.
15     A.  Mm-hmm.
16 Q.  Was this the first one that you wrote?
17     A.  I'm not sure, I wrote three
18 grievances.
19 Q.  Okay.  I will have this marked, but for
20 the record I will read it, if I can't
21 understand any words I will ask you, but it
22 says, "Hello, on July 20, 2000 I fell through
23 the eighth step in the back of A block
24 landing on my back and neck.  Now there were

Page 17

1  many work orders for the steps to be fixed by
2  the guards and inmates.  And they were not
3  fixed.  Now I am suffering from back and neck
4  pain and extremely back headaches.  And
5  medical x-rayed me but refused to take me to
6  the hospital.  Dr. Bekkon."
7      A.  Dr. Bekkon.
8  Q.  What is that first word?
9      A.  Nor.
10 Q.  "Nor give me" --
11     A.  Gave me a lay in.
12 Q.  "Nor gave me a lay in from work or feed
13 in.  Now I am forced to work without a neck
14 or back brace."  It says here you talked to
15 Mr. Murphy, A block unit manager Lieutenant
16 Ransome wrote a" --
17     A.  Deputy Vaughn.
18 Q.  Okay.
19     MR. MCMONAGLE:  I'll have that
20 marked as Exhibit-A.
21         * * *
22     (Whereupon, the above-mentioned
23 document was marked for identification
24 as Exhibit-A.)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

---

Page 18

1          * * *
2  BY MR. MCMONAGLE:
3  Q.   And that is grievance answer number
4  GRA-0897-2000, okay. I'm also showing you
5  the initial review of response for grievance
6  number 0897-2000, it is dated August 7,
7  2000. And it was written by CHCA Julie
8  Kauer. Does this look familiar to you?
9       A.   No, I have two different
10  answers. I don't have anything with Dr.
11  Kulglat's name in it.
12  Q.   What answer did you receive for this?
13      A.   I don't remember the answer, but
14  I have copies of it with her name and
15  signature on it as Knauer's.
16  Q.   Okay.
17          MR. MCMONAGLE:  Can I have that
18      marked as Exhibit-B.
19          * * *
20          (Whereupon, the above-mentioned
21      document was marked for identification
22      as Exhibit-B.)
23          * * *
24  BY MR. MCMONAGLE:

---

Page 19

1  Q.   Do you know of any other staff who have
2  been hurt from falling down the A block
3  stairs or because an individual stair
4  collapsed beneath them?
5       A.   Yes, I don't have my notes here
6  present with me. I am aware of two other
7  officers.
8  Q.   Do you know of any other inmates hurt
9  from falling down those A block stairs or
10  because an individual stair collapsed beneath
11  them?
12      A.   Yes, I know of one inmate.
13  Q.   What is his name?
14      A.   I'm not -- I have everything in
15  my notes.
16  Q.   Prior to July 20, 2000 had you ever
17  fallen down those steps before?
18      A.   No.
19  Q.   Had you ever fallen down other steps in
20  the institution before?
21      A.   No.
22  Q.   Prior to July 2000 did you have a job
23  in the institution?
24      A.   Yes.

---

Page 20

1  Q.   What was it?
2       A.   Working in the CI warehouse.
3  Q.   What's that?
4       A.   Well, we make brown pants and
5  shirts.
6  Q.   How much did you earn per hour?
7       A.   I'd say about $.23.
8  Q.   How many hours a week did you work?
9       A.   I'm not sure, it varied.
10  Q.   Okay. On average between December 1999
11  and July of 2000 how many hours a week did
12  you work?
13      A.   It varied. I know my pay was
14  $139 a month, my hours always varied because
15  there were bonuses.
16  Q.   Okay. What did your job involve?
17      A.   Cutting material.
18  Q.   Can you walk now without a problem?
19      A.   My left leg sometimes becomes
20  numb, that's about the only problem.
21  Q.   Do you get your own food every day?
22      A.   Right.
23  Q.   After July 20th of 2000 did you still
24  have a job in the institution?

---

Page 21

1       A.   Well, I lost my job because I
2  was unable to perform my duties.
3  Q.   Immediately after the fall?
4       A.   No, I'd say about within three
5  weeks.
6  Q.   So after the fall you tried to do your
7  duties, but it --
8       A.   I couldn't stand for long
9  periods of time.
10  Q.   So you stopped working a couple weeks
11  after it then?
12      A.   No, I didn't go back to work for
13  a week.
14  Q.   Then did you go back to work?
15      A.   Yes.
16  Q.   Same terms as before?
17      A.   No, my boss gave me a job where
18  I had to sit down.
19  Q.   Do you still get paid the same amount?
20      A.   Right.
21  Q.   You described earlier some
22  conversations you had, and at least one
23  letter that you wrote, complaining about the
24  conditions of the stairs prior to July 20,

---

6 (Pages 18 to 21)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 22

1   2000.  What results, if any, did these
2   conversations yield?
3       A.    I complained of the steps before
4   the fall or after the fall?
5   Q.    Before the fall.
6       A.    Nothing.  No results at all, no
7   steps fixed, nothing repaired.
8   Q.    You indicated in the complaint that the
9   stairs had been welded.
10      A.    When I fell.  Before that prior
11  to me falling nothing, no repairs were done
12  at all.  There was many work orders inmates
13  that work on my block, work maintenance, so I
14  was able to obtain copies of the work orders
15  to prevent this from happening in the future,
16  no knowledge of work orders.
17  Q.    Are you on any pain medications?
18      A.    They still give me Motrin.
19  Q.    How do you get the Motrin?
20      A.    Through medical, the window.
21  Q.    So you go to medical and you request it
22  and you receive it?
23      A.    Sometimes.  I can't take them
24  anymore it messed my stomach up over the

Page 23

1   years, I don't take anything now.
2   Q.    After the July 20, 2000 fall did you
3   see any doctors?
4       A.    Yes.
5   Q.    Who did you see?
6       A.    Dr. Bekkon.  I can't think of
7   the doctors' names.  I saw several doctors.
8   Q.    Any nurses?
9       A.    Maybe one.
10  Q.    How about physicians assistants?
11      A.    I'm not sure.
12  Q.    Are they still available when you need
13  them or want them?
14      A.    Right at this moment?
15  Q.    Well, since the fall July 20, 2000?
16      A.    Are you asking me are they still
17  employed here?
18  Q.    No.  Are doctors, nurses, and
19  physicians' assistants available to you when
20  you need or want them?
21      A.    Yes, yes.
22  Q.    Do you have any witnesses to the fall
23  that you took on July 20, 2000?
24      A.    Yes.

Page 24

1   Q.    Who?
2       A.    They are in my notes.  You can
3   just put lieutenants, sergeants, correctional
4   officers, inmates.  Also a camera, videotape,
5   which I'm sure that you won't be able to
6   find, camera.
7   Q.    Are you saying there are more than ten
8   people there that saw you fall?
9       A.    I'm saying there were about 50,
10  we just got let out for lunch.  Might have
11  been 100, I'm not sure.  The whole back
12  block.
13  Q.    What were you doing right before you
14  fell?
15      A.    In my cell.
16  Q.    You were on your way to lunch?
17      A.    Right.  They had just opened the
18  door for lunch.
19  Q.    You were on your way to the cafeteria?
20      A.    Right.
21  Q.    Was there another inmate or corrections
22  officer next to you?
23      A.    No, right below me.
24  Q.    You're walking a single file line?

Page 25

1       A.    I was walking by myself on the
2   top tier.
3   Q.    Before you got on the steps?
4       A.    Right.
5   Q.    And you were the only one on that
6   particular step when it collapsed beneath
7   you?
8       A.    At the time, yeah, the
9   stairwell.
10  Q.    Were you talking to anybody?
11      A.    Yes, yes, two people, to be
12  exact.
13  Q.    You were having a conversation and you
14  stepped on the step and it collapsed beneath
15  you?
16      A.    Collapsed beneath me.
17  Q.    Is there a railing there?
18      A.    Yes, it was.
19  Q.    Did you have your hand on it?
20      A.    Yes.
21  Q.    And yet you still fell?
22      A.    Yeah, it just collapsed,
23  everything collapsed beneath me.
24  Q.    What's underneath that particular step?

7 (Pages 22 to 25)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 26

1    A.    A steel heater.
2    Q.    And did you maintain your grip on the
3    railing as you were falling?
4    A.    It was impossible, my feet below
5    me gave out as the step cracked in half and
6    fell completely below me.
7    Q.    How did you land?
8    A.    I remember landing on the back
9    of my neck toward the top of my back.
10    Q.    And was that where the weight of
11    your -- is that where all your weight fell,
12    the top of your neck?
13    A.    My weight hit my spine, the back
14    part, the lower spine.
15    Q.    What happened after that?
16    A.    I don't remember, I just -- only
17    thing I remember was getting strapped in
18    something, some kind of device, and I woke up
19    in medical, they were sticking pins in my
20    foot.
21    Q.    What happened after that?
22    A.    The doctors argued.
23    Q.    Who are the doctors?
24    A.    One was Bekkon and the other one

Page 27

1    I can't recall. He's at another practice,
2    he's not here. And I think it's down in
3    Norristown, the other doctor. I have his
4    information.
5    Q.    What were they arguing about?
6    A.    Dr. Bekkon was saying to leave
7    me in the dispensary, he wasn't sure about
8    the extent of my injury.
9    Q.    So are you saying Dr. Bekkon was saying
10    you should be left in the dispensary until
11    further evaluation?
12    A.    Right.
13    Q.    Results of what?
14    A.    Of x-rays, or they x-rayed me at
15    that moment.
16    Q.    What was the other doctor saying?
17    A.    The other doctor was furious.
18    He said a person with the magnitude of this
19    fall should be taken to the hospital.
20    Q.    About what time was this, if you can
21    recall?
22    A.    Oh, man, it had to be before
23    12:00, because it's lunchtime, 10:30 to
24    12:00.

Page 28

1    Q.    Okay. What happened next then?
2    A.    The other doctor continued
3    sticking pins in my big toe or bottom of my
4    foot, I couldn't feel it.
5    Q.    Did you stay there overnight?
6    A.    Yes.
7    Q.    What care, if any, did you receive
8    throughout that night?
9    A.    Pain medication, that was it.
10    Q.    Okay. How long did you remain in the
11    infirmary?
12    A.    I'd say about 30 hours, about a
13    day and a half.
14    Q.    And what happened after that?
15    A.    I saw the doctor the following
16    day, Dr. Bekkon. He said he was sending me
17    back to the block, they didn't have enough
18    room down there, and I should be okay.
19    Q.    And did you go back to your cell?
20    A.    Yes.
21    Q.    How did you get there?
22    A.    I limped. I had no choice, I
23    was given a direct order.
24    Q.    What other care, what other medical

Page 29

1    care did you receive in the days following
2    the fall, the days, the weeks following that
3    fall?
4    A.    Motrin and a cane.
5    Q.    How regular were the visits to the
6    infirmary or visits from medical
7    professionals?
8    A.    Well, I'd sign up for sick call
9    I'd say two or three times a week. Then they
10    begin charging you for their mistake, so I
11    couldn't afford it.
12    Q.    What mistake did they make?
13    A.    Not repairing the steps.
14    Q.    What mistake did the medical people
15    make?
16    A.    They weren't treating me, they
17    wouldn't send me to a hospital. I knew I was
18    injured worse than what they said.
19    Q.    Did you request to be seen or treated
20    by a medical professional outside of the
21    institution?
22    A.    Definitely.
23    Q.    When did you do that?
24    A.    I don't know dates, but I have

8 (Pages 26 to 29)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 30

1  copies of all the letters I have given
2  commissioners, I have written wardens, deputy
3  wardens, lieutenants, guards, unit managers.
4  Q.   What responses did you get?
5      A.   They are in the process or they
6  blow me off, or, you know.
7  Q.   Why did you want to be seen by a
8  medical professional outside of the
9  institution?
10     A.   Because I couldn't sit down and
11 use the bathroom, I couldn't stand for long
12 periods of time.
13 Q.   What makes you think that somebody,
14 medical professional outside the institution,
15 would help you in some way?
16     A.   Because they'd be able to
17 pinpoint what my injury was and help me.
18 Q.   Why do you think the medical
19 professionals here at the institution weren't
20 able to pinpoint your injury?
21     A.   Not enough time, too many
22 inmates. They tried, at one point they
23 tried, they x-rayed me, but that was it.
24 They said I had a back injury, that was it.

Page 31

1  Some nerves or something.
2  Q.   Did you say you did receive responses
3  from officials to your request to be seen
4  outside of the institution?
5      A.   I received an oral response and
6  letter from the warden, Donald Vaughn.
7  Q.   Who did you get the oral response from?
8      A.   Donald T. Vaughn.
9  Q.   What did he say?
10     A.   He said that he would -- ask me
11 was there anything that they could do to
12 help. I said yes, I would like to go to the
13 hospital and I'd like the steps repaired.
14 Q.   What did he say?
15     A.   He said he'd see what he could
16 do.
17 Q.   He came to your cell?
18     A.   He came to my cell. Him, Major
19 Murphy, and who was with him -- I'm not sure
20 of the third person with him. I remember
21 Major Murphy at the time, now he's the
22 warden, deputy warden here, John T. Murray.
23 Q.   Okay.
24     A.   Deputy warden here now.

Page 32

1  Q.   That's the oral response. What about
2  the written one you mentioned?
3      A.   Written response from Donald T.
4  Vaughn stating that they would try to help
5  and that he was sorry about the recent step
6  collapsing and he would make changes so it
7  wouldn't happen again.
8  Q.   Okay. But in neither the oral response
9  nor the written response was there any
10 mention of you being evaluated by medical
11 professionals outside of the institution?
12     A.   The other response I received
13 was from medical staff, Ms. Knauer and
14 another -- a few others. And what they
15 stated was I don't need to go to a hospital,
16 it was just a simple back injury and Motrin
17 would help. Or they would -- the other
18 response was from Ms. Knauer was go to sick
19 call. Most of their answers were go to sick
20 call, continue sick call.
21 Q.   Okay. Had you been seen by doctors
22 after the fall other than that time that you
23 said you talked to Dr. Bekkon he said okay,
24 now is the time you can go back to your cell?

Page 33

1      A.   Yes.
2  Q.   Do you recall their names?
3      A.   Not offhand. Every time I saw a
4  doctor I took my pad and wrote it down
5  everything he said.
6  Q.   What did they say, do you recall that?
7      A.   Mostly continuing Motrin and go
8  to therapy and he gave me pamphlets and
9  papers of back exercises I could do.
10 Q.   What do you think a doctor outside of
11 the institution would have done differently?
12     A.   An MRI, which would detect what
13 the problem was instead of just an x-ray. An
14 x-ray -- with the back you have to really be
15 careful with that.
16 Q.   What's the difference between an x-ray
17 and MRI?
18     A.   An MRI is internal, everything.
19 X-ray is internal also, x-ray is only looking
20 specifically at one part, MRI they'd be able
21 to detect what would be wrong from my neck
22 all the way down to my spine. They'd be able
23 to put the fluid in and see what's going on.
24 That's all I wanted to do to correct it. I

9 (Pages 30 to 33)

PRECISION REPORTING

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 34

1  didn't even want to pursue this and litigate
2  it, because it was a hassle, I wanted to get
3  my back fixed and get the steps fixed.
4  That's all I ever requested. I never wanted
5  it to go to court or none of this. Once they
6  kept telling me just take Motrin and I got
7  sick from the Motrin, and give me a cane, and
8  that's it. It was like I need some help with
9  this. That's when I started writing more and
10  more paperwork.
11  Q.   Did you ever injure your back or neck
12  prior to July 20, 2000?
13     A.   Injure my back.
14  Q.   Or neck.
15     A.   I've hurt my tailbone in a
16  county prison an officer slammed me.
17  Q.   This is back in Dauphin County again?
18     A.   Right.
19  Q.   In '96?
20     A.   Right. Bruised tailbone, that's
21  what it was.
22  Q.   What treatment did you receive for
23  that?
24     A.   Oh, boy, they took me to another

Page 35

1  prison. Berks County Prison took me to an
2  outside hospital down in Reading.
3  Q.   What did they do for you in Reading?
4     A.   They gave me an x-ray, gave me
5  some pain medication, and they had me go to
6  therapy for about six months.
7  Q.   I'm sorry, one more time, an x-ray?
8     A.   Right. Pain medication and
9  therapy.
10  Q.   So similar to the treatment you
11  received here?
12     A.   No, not at all. They were more
13  professional there, their therapy was
14  intense, they really worked with me, the
15  problem.
16  Q.   So you were going back to Reading for
17  therapy?
18     A.   I was removed from Dauphin Count
19  to Reading Prison because of the civil suit.
20  Q.   But you testified earlier that here you
21  got x-ray, pain medication, and information
22  on physical therapy stretches and exercises?
23     A.   Right, at Reading Berks County
24  Prison.

Page 36

1  Q.   But you also testified that you got
2  that here after your fall.
3     A.   Yeah, same thing, same procedure
4  here. X-ray, pain medication, therapy.
5  Q.   Have you injured your back or neck
6  since that fall on July 20, 2000?
7     A.   No, it's still injured.
8  Q.   But there's nothing new --
9     A.   No.
10  Q.   Have you reinjured it or aggravated it
11  at all?
12     A.   It's aggravated every morning.
13  Every morning I wake up it's stiffness and
14  sore. I have no new accidents or anything of
15  that sort.
16  Q.   I don't mean to repeat myself, but did
17  you write to anyone outside of the
18  institution about your fall?
19     A.   Definitely.
20  Q.   Who?
21     A.   Commissioners.
22  Q.   Okay. Anybody else?
23     A.   Prison society, at the time it
24  was Martin Horn.

Page 37

1  Q.   Prison society?
2     A.   Right.
3  Q.   What response did you get from them?
4     A.   I have it on paper, I don't
5  remember the response. Who else did I write,
6  I wrote so many legal -- I have so much legal
7  correspondence. Old attorneys, Jeffrey
8  Dorman, Harrisburg attorneys, I have saved
9  everything they wrote me and make copies of
10  it. Many of them referred me to other
11  agencies or to write to other people.
12  Q.   Changing course, what kind of shoes
13  were you wearing when you fell?
14     A.   Sneakers.
15  Q.   Okay. You mentioned Fire Inspector
16  McCurdy?
17     A.   M-s-c-u-r-dy.
18  Q.   Mscurdy?
19     A.   Mscurdy, yes.
20  Q.   How did you contact him?
21     A.   Orally before and after the
22  fall. Me and him -- every time I saw him he
23  had a conversation before the fall and after
24  the fall. Always have arguments about the

10 (Pages 34 to 37)

DEON STAFFORD, SR.

Page 38

1  steps and the fire hazard that it was.
2  Q.   Like what?
3      A.   Well, I'm on A block, it's an
4  honorable block, I've been there for four and
5  a half years, most of the inmates over there
6  are 50 and older. And my concern is if one
7  of those guys fall they are going to die.
8  The steps are steel and concrete, they were
9  rotted through, both steps in the back.
10  There was no way ot go down the steps to go
11  to the cafeteria unless you proceeded down
12  those steps. Officers avoided those steps.
13  So when I would see McCurdy I would stop him
14  and point the steps out, I would make him
15  aware that this was a problem, someone was
16  going to get hurt, you need to fix these
17  steps.
18  Q.   Is it common for a fire inspector to
19  walk around the blocks, is that what he does?
20      A.   You see him coming through the
21  block maybe once every two weeks during fire
22  inspections, make sure you don't have too
23  much cell content in your cell.
24  Q.   What was his responses to your --

Page 39

1      A.   His responses was, well, they
2  have work orders. That's George Hiltner's
3  supervisor for maintenance responsibility,
4  they are aware. Their favorite line
5  was "We're aware of this." That was their
6  favorite line.
7  Q.   How about Unit Manager Murphy, who is
8  not a defendant, but --
9      A.   I didn't put him as a defendant
10  because he had just moved on the block, as I
11  did, so the problem lied with the unit
12  manager before that and the block lieutenant
13  was Lieutenant Zang. And I go to Lieutenant
14  Zang when they moved him to C block from A
15  block once I moved over here, and him and
16  Lieutenant Coclia (ph), their reply was this
17  was their block for five years prior to this
18  and they had put in many work orders and many
19  oral complaints and nothing was done. He was
20  very upset because he had warned the
21  institution that someone was going to get
22  hurt. That's why I was very upset, because
23  they had five years before this you could
24  have fixed the steps, but you refused. So I

Page 40

1  went through all this for nothing.
2  Q.   What sort of interaction, if any, did
3  you have with Deputy Superintendent Arroyo
4  about the stairs?
5      A.   Oral. Oral conversation,
6  handwriting complaints, which he answered --
7  his reply was we're working on it, there's
8  many work orders, we are pushing the
9  supervisor to fix the steps. Matter of fact,
10  he made several phone calls to my family
11  apologizing for this.
12  Q.   Who?
13      A.   My wife at the time Deputy
14  Arroyo and a guy named Mr. Lafae, who is the
15  warden's assistant here.
16  Q.   She's now ex-wife?
17      A.   Yes.
18  Q.   Do you have copies of those letters to
19  your ex-wife?
20      A.   Do I have copies, no.
21  Q.   How did you know --
22      A.   Phone calls.
23  Q.   Okay. Have you been seen by an outside
24  medical professional since your incarceration

Page 41

1  at Graterford and not necessarily for this --
2      A.   No.
3  Q.   -- incident?
4      A.   No.
5  Q.   Do you know how to go about doing that
6  to request it? How does that work?
7      A.   You request it to the deputy
8  warden and the warden and to the medical
9  staff. I have wrote all areas.
10  Q.   Okay.
11      A.   Mainly Ms. Knauer, I think she's
12  pretty much the supervisor responsible for
13  this decision. I'm not sure, I'm just
14  assuming that she is.
15  Q.   So today as you're sitting here you say
16  that to this day you still wake up stiff and
17  sore?
18      A.   Sometimes when it's cold, yes.
19  Early in the morning or when it's cold, when
20  it's cold it's bad.
21  Q.   And you never had that before the fall?
22      A.   No. I've never had where I can
23  just sit here and talk to you. My leg just
24  gets numb or I am walking it gets numb and

11 (Pages 38 to 41)

e5591cc0-e23b-11d8-89cd-009027819961

DEON STAFFORD, SR.

Page 42

1  you don't have any strength.  It feels like
2  it's a numb leg.  I don't know what it's
3  from.
4  Q.  Okay.
5      MR. MCMONAGLE:  Well, I don't
6  have any more questions.  That's about
7  it.
8          * * *
9      (Witness excused.)
10          * * *
11     (Whereupon, the deposition was
12  concluded at approximately 11:00 a.m.)
13          * * *
14
15
16
17
18
19
20
21
22
23
24

Page 44

1      C E R T I F I C A T I O N
2
3
4
5
6
7      I, NICOLE PAVLOVICH
   hereby certify that the foregoing is a
8  true and correct transcript of the
   proceedings held in this matter, as
9  transcribed from the stenographic notes
   taken by me.
10
11
          -----------------------
12      NICOLE PAVLOVICH
       NOTARY PUBLIC
13
14
15
       (This certification does not
16  apply to any reproduction of this
   transcript, unless under the direct
17  supervision of the certifying reporter.)
18
19
20
21
22
23
24

Page 43

1          * * *
2      I N D E X
3          * * *
4
5  WITNESS:  DEON STAFFORD, SR.
6
7  QUESTIONED BY:          PAGE
8  MR. MCMONAGLE              3
9
10          * * *
11     E X H I B I T S
12          * * *
13
14  NAME      DESCRIPTION      MK'D
15  Exhibit-A    Document      17
16  Exhibit-B    Document      18
17
18
19
20
21
22
23
24

Page 45

LAWYER'S NOTES
PAGE  LINE

PRECISION REPORTING

e5591cc0-e23b-11d8-89cd-009027819961

**A**

ability 8:3
able 5:15 22:14 24:5
  30:16,20 33:20,22
about 3:17 4:22 7:11
  7:16 8:17,22 11:17
  12:11,15 13:3,21
  15:1,4,20 20:7,20
  21:4,23 23:10 24:9
  27:5,7,20 28:12,12
  32:1,5 35:6 36:18
  37:24 39:7 40:4 41:5
  42:6
above-mentioned
  17:22 18:20
accident 5:24 12:14
accidents 36:14
according 5:16
action 14:5
actually 15:5
advance 8:1
affect 8:3
afford 29:11
after 3:3 12:22,23
  15:15 20:23 21:3,6
  21:11 22:4 23:2
  26:15,21 28:14 32:22
  36:2 37:21,23
again 7:18 9:17 32:7
  34:17
against 4:10
agencies 37:11
aggravated 36:10,12
al 1:6
already 11:24
always 20:14 37:24
amount 7:10 21:19
another 24:21 27:1
  32:14 34:24
answer 3:20,20,22 4:2
  4:5 8:4 13:15 16:1
  18:3,12,13
answered 40:6
answers 18:10 32:19
anybody 14:7,21 15:10
  25:10 36:22
anymore 22:24
anyone 36:17
anything 5:5,22 18:10
  23:1 31:11 36:14
apologizing 40:11
APPEARANCES 2:1
apply 44:16
approximately 1:13
  42:12
areas 41:9
argued 26:22
arguing 27:5

arguments 37:24
around 38:19
arrive 11:19
arrived 11:20
Arroyo 3:14 40:3,14
asked 13:23
asking 4:22 23:16
assault 8:19
Assaults 8:18
assistant 40:15
assistants 23:10,19
assume 4:3
assuming 41:14
ATTORNEY 2:3,3
attorneys 37:7,8
August 18:6
available 23:12,19
average 20:10
avoided 38:12
aware 19:6 38:15 39:4
  39:5
a.m 1:13 42:12

**B**

B 43:11
back 7:6 13:14,16
  16:23,24 17:3,4,14
  21:12,14 24:11 26:8
  26:9,13 28:17,19
  30:24 32:16,24 33:9
  33:14 34:3,11,13,17
  35:16 36:5 38:9
bad 41:20
bathroom 30:11
becomes 20:19
before 1:13 8:6 11:21
  11:23 12:14 13:2,4
  13:13 14:7,15,16
  15:1,2 19:17,20
  21:16 22:3,5,10
  24:13 25:3 27:22
  37:21,23 39:12,23
  41:21
begin 29:10
beginning 1:12
behind 11:11
being 32:10
Bekkon 17:6,7 23:6
  26:24 27:6,9 28:16
  32:23
believe 9:3 12:16
below 24:23 26:4,6
beneath 19:4,10 25:6
  25:14,16,23
Bensalem 1:21
Berks 35:1,23
between 20:10 33:16
big 28:3
birth 11:5

block 11:11 12:2 13:22
  15:3 16:23 17:15
  19:2,9 22:13 24:12
  28:17 38:3,4,21
  39:10,12,14,15,17
blocks 38:19
blow 30:6
bonuses 20:15
boss 21:17
both 38:9
bottom 28:3
Box 1:10
boy 34:24
brace 17:14
Bratcher 14:9
break 4:16,17
bring 24:6 15:14
Broad 1:18
broken 13:23
brought 7:22
brown 20:4
Bruised 34:20
button 8:23 9:2,7
B-r-a-t-c-h-e-r 14:11

**C**

C 1:3 11:2 16:6 39:14
  44:1,1
cafeteria 24:19 38:11
call 29:8 32:19,20,20
calls 40:10,22
came 8:24 9:8 15:3
  31:17,18
camera 24:4,6
cane 29:4 34:7
care 28:7,24 29:1
careful 33:15
case 4:8
cell 24:15 28:19 31:17
  31:18 32:24 38:23,23
certification 44:15
certify 44:7
certifying 44:17
change 4:5
changes 32:6
Changing 37:12
channels 7:5
charging 29:10
CHCA 18:7
choice 28:22
CI 20:2
civil 35:19
clearly 3:23
Coclia 39:16
cold 41:18,19,20
collapsed 19:4,10 25:6
  25:14,16,22,23
collapsing 32:6
come 7:6 9:3

coming 38:20
Commissioner 13:9
commissioners 30:2
  36:21
common 38:18
complain 12:4 14:17
complained 12:20 13:2
  13:3,21 14:8 22:3
complaining 21:23
complaint 11:13 12:16
  12:23 22:8
complaints 12:23 39:19
  40:6
complete 4:15
completely 26:6
concern 38:6
concluded 42:12
concrete 38:8
conditions 21:24
conjecturing 11:22
contact 37:20
content 38:23
continue 32:20
continued 28:2
continuing 33:7
conversation 6:9 25:13
  37:23 40:5
conversations 21:22
  22:2
copies 6:22 7:4 13:19
  18:14 22:14 30:1
  37:9 40:18,20
copy 13:8,14,15
correct 11:13,14 33:24
  44:8
correctional 24:3
corrections 3:12 14:12
  24:21
correspondence 37:7
Count 35:18
county 8:9,11,16 9:17
  9:20 10:7,13 34:16
  34:17 35:1,23
couple 21:10
course 37:12
court 1:1 3:24 5:17
  34:5
covered 7:20
cracked 26:5
current 11:7
Cutting 20:17
C.O 14:9

**D**

D 43:2
date 11:5 14:16
dated 18:6
dates 29:24
Dauphin 8:9,11,15

9:17 10:7,13 34:17
  35:18
day 20:21 28:13,16
  41:16
days 29:1,2
deadline 5:4,7,8,22
decayed 11:12,15,23
December 20:10
decision 41:13
defendant 39:8,9
defendants 1:6 2:5 8:12
definitely 13:19 29:22
  36:19
Deon 1:3,9 3:2 11:2,3
  16:6 43:5
department 3:12 6:14
  7:17
deposition 1:9 4:7 5:6
  42:11
deputy 2:3 3:13,14
  17:17 30:2 31:22,24
  40:3,13 41:7
DeRose 8:10,15 9:19
described 21:21
DESCRIPTION 43:14
detect 33:12,21
device 26:18
die 38:7
difference 33:16
different 4:11 10:8
  18:9
differently 33:11
Diguglielmo 3:13
direct 4:15 28:23 44:16
discovery 5:3
dispensary 27:7,10
DISTRICT 1:1,1
doctor 27:3,16,17 28:2
  28:15 33:4,10
doctors 23:3,7,7,18
  26:22,23 32:21
document 17:23 18:21
  43:15,16
documents 7:22
doing 15:20 24:13 41:5
Dominic 8:10,15 9:19
Donald 1:5 31:6,8 32:3
done 22:11 33:11 39:19
door 8:21 24:18
Dorman 37:8
down 5:2 9:3,16 19:2,9
  19:17,19 21:18 27:2
  28:18 30:10 33:4,22
  35:2 38:10,11
Dr 17:6,7 18:10 23:6
  27:6,9 28:16 32:23
dropped 10:2
duly 3:3
during 38:21

**E**

duties 21:2,7
D-e-o-n 11:4

E 43:2,11 44:1
earlier 21:21 35:20
early 12:14 13:7 41:19
earn 20:6
EASTERN 1:1
educational 10:1
eight 11:17
eighth 16:23
employed 23:17
enough 28:17 30:21
ESQUIRE 2:2
et 1:5
evaluated 32:10
evaluation 27:11
even 12:14 13:3 14:2
   34:1
ever 8:6 9:17 14:6
   19:16,19 34:4,11
every 15:2 20:21 33:3
   36:12,13 37:22 38:21
everything 13:20 19:14
   25:23 33:5,18 37:9
evidence 7:8,9
exact 25:12
exactly 6:3
EXAMINATION 3:7
examined 3:4
example 4:9 6:11
excused 42:9
exercises 33:9 35:22
Exhibit-A 17:20,24
   43:15
Exhibit-B 18:18,22
   43:16
expected 7:6
extent 27:8
extremely 17:4
ex-wife 40:16,19

**F**

F 44:1
facilities 3:16
fact 40:9
fall 13:14 14:15 15:2
   21:3,6 22:4,4,5 23:2
   23:15,22 24:8 27:19
   29:2,3 32:22 36:2,6
   36:18 37:22,23,24
   38:7 41:21
fallen 19:17,19
falling 7:15 19:2,9
   22:11 26:3
familiar 18:8
family 40:10
far 6:17

favorite 39:4,6
feed 17:12
feel 28:4
feels 42:1
feet 26:4
fell 15:15 16:22 22:10
   24:14 25:21 26:6,11
   37:13
few 4:4,18 32:14
file 15:18 24:24
filed 8:6 16:2,5,9
Finally 4:15
find 24:6
fire 3:15 37:15 38:1,18
   38:21
first 3:3 10:12 16:16
   17:8
five 39:17,23
fix 38:16 40:9
fixed 17:1,3 22:7 34:3,3
   39:24
flight 11:10
Floor 1:18 2:4
fluid 33:23
following 38:15 29:1,2
follows 3:5
food 8:21 9:5 20:21
foot 26:20 28:4
forced 17:13
foregoing 44:7
found 9:4
four 11:20,23 38:4
Friday 5:11,19 6:7
from 3:12 5:16 6:1,3,5
   6:9,17 9:6,18 17:3,12
   19:2,9 22:15 29:6
   31:3,6,7 32:3,13,18
   33:21 34:7 35:18
   37:3 39:14 42:3 44:9
full 10:24
fully 8:4
furious 27:17
further 5:1 27:11
future 9:4,19 22:15

**G**

Galloway 1:20
gave 17:11,12 21:17
   26:5 33:8 35:4,4
GED 10:2,4
GENERAL 2:3,3
George 14:22 39:2
gets 41:24,24
getting 26:17
give 4:6 5:15,16 17:10
   22:18 34:7
given 28:23 30:1
go 5:8 7:4,5,20 15:4,20
   21:12,14 22:21 28:19

31:12 32:15,18,19,24
   33:7 34:5 35:5 38:10
   38:10 39:13 41:5
goes 4:9
going 4:3 5:2 16:11
   33:23 35:16 38:7,16
   39:21
Good 3:10
goodness 7:19
grade 10:3
Graterford 1:10,11
   11:8 41:1
Graterford's 11:11
GRA-0897-2000 18:4
grievance 15:18,21
   16:4,5 18:3,5
grievances 16:3,18
grieve 15:16
grip 26:2
guards 17:2 30:3
guy 40:14
guys 7:2 38:7

**H**

H 43:11
half 26:5 28:13 38:5
hand 25:19
handcuffed 8:20 9:5,16
handwriting 16:12
   40:6
happen 32:7
happened 8:19 9:10
   26:15,21 28:1,14
happening 22:15
Harrisburg 37:8
hassle 34:2
Hatcher 15:22 16:9
having 3:3 25:13
hazard 38:1
head 3:22
headaches 17:4
heater 26:1
held 44:8
Hello 16:22
help 30:15,17 31:12
   32:4,17 34:8
her 16:1 18:14
Hiltner 3:16 14:22
Hiltner's 39:2
him 12:13,15 13:12
   14:17 15:4,5 31:18
   31:19,20 37:20,22,22
   38:13,14,20 39:9,14
   39:15
hit 26:13
Hodge 8:13 9:18
honorable 38:4
Horn 13:9 36:24
hospital 17:6 27:19

29:17 31:13 32:15
   35:2
hour 20:6
hours 8:22 9:6 20:8,11
   20:14 28:12
housing 5:24
hurt 13:1 19:2,8 34:15
   38:16 39:22

**I**

identification 17:23
   18:21
Immediately 21:3
impossible 26:4
impression 5:1
INC 1:18
incarcerated 10:5
incarceration 40:24
incident 41:3
indicated 22:8
individual 19:3,10
infirmary 28:11 29:6
information 27:4 35:21
initial 18:5
injure 34:11,13
injured 29:18 36:5,7
injury 27:8 30:17,20,24
   32:16
inmate 16:5 19:12
   24:21
inmates 15:4 17:2 19:8
   22:12 24:4 30:22
   38:5
inspections 38:22
inspector 3:15 37:15
   38:18
instead 33:13
institution 19:20,23
   20:24 29:21 30:9,14
   30:19 31:4 32:11
   33:11 36:18 39:21
intense 35:14
interaction 40:2
internal 33:18,19
involve 20:16

**J**

J 2:2
January 10:14,19
Jeffery 8:13 9:18
Jeffrey 37:7
job 19:22 20:16,24
   21:1,17
John 31:22
judge 6:5,6,9
Julie 18:7
July 1:12 5:3,7,12
   11:10 12:3,17,19
   13:4 14:7 15:15 16:6

16:22 19:16,22 20:11
   20:23 21:24 23:2,15
   23:23 34:12 36:6
June 5:10,11
just 3:22 4:5 7:20,23
   8:24 9:8 24:3,10,17
   25:22 26:16 32:16
   33:13 34:6 39:10
   41:13,23,23

**K**

Kauer 18:8
kept 34:6
kind 5:5 26:18 37:12
Knauer 32:13,18 41:11
Knauer's 18:15
knew 7:8 29:17
know 4:6 6:1,4 7:9
   10:23 13:13 19:1,8
   19:12 20:13 29:24
   30:6 40:21 41:5 42:2
knowledge 22:16
Kulglat's 18:11

**L**

Lafae 40:14
land 26:7
landing 16:24 26:8
last 15:2
later 4:4
lawsuit 3:13,18 8:6,17
   9:11
lawsuits 9:19
LAWYER'S 45:1
lay 17:11,12
least 6:23 11:22 21:22
leave 27:6
left 20:19 27:10
leg 20:19 41:23 42:2
legal 37:6,6
Leslie 15:21 16:9
let 4:5 12:13 14:9 16:4
   24:10
letter 13:21 21:23 31:6
letters 30:1 40:18
level 10:1
lied 39:11
lieutenant 12:1,5,8,21
   13:6,7 17:15 39:12
   39:13,13,16
lieutenants 7:13 24:3
   30:3
like 31:12,13 34:8 38:2
   42:1
limped 28:22
line 9:4 24:24 39:4,6
   45:1
litigate 34:1
litigation 7:14

long 11:15 21:8 28:10
  30:11
look 18:8
looked 16:2
looking 33:19
lost 21:1
lot 6:8
lower 26:14
lunch 24:10,16,18
lunchtime 27:23
lying 9:9

**M**
made 12:23 40:10
magnitude 27:18
Mainly 41:11
maintain 26:2
maintenance 3:16
  14:23 22:13 39:3
Major 31:18,21
make 7:4 20:4 29:12,15
  32:6 37:9 38:14,22
makes 30:13
man 27:22
manager 3:16 17:15
  39:7,12
managers 30:3
many 13:2 17:1 20:8,11
  22:12 30:21 37:6,10
  39:18,18 40:8
marked 16:19 17:20,23
  18:18,21
Martin 13:9 36:24
material 20:17
matter 40:9 44:8
max 10:21
maybe 23:9 38:21
McCurdy 3:15 37:16
  38:13
McMonagle 2:2 3:9,11
  17:19 18:2,17,24
  42:5 43:8
mean 14:4 36:16
Meaning 14:5
medical 5:13,16,23
  6:14 8:23 9:2,7 17:5
  22:20,21 26:19 28:24
  29:6,14,20 30:8,14
  30:18 32:10,13 40:24
  41:8
medication 8:24 28:9
  35:5,8,21 36:4
medications 8:2 22:17
mention 32:10
mentioned 32:2 37:15
messed 22:24
Might 24:10
mines 7:4
minimum 10:17

minutes 4:4
mistake 29:10,12,14
MK'D 43:14
Mm-hmm 16:8,13,15
moment 23:14 27:15
month 20:14
months 14:15 15:2 35:6
more 24:7 34:9,10 35:7
  35:12 42:6
morning 3:10 7:24
  36:12,13 41:19
most 13:19 32:19 38:5
Mostly 33:7
Motrin 22:18,19 29:4
  32:16 33:7 34:6,7
moved 39:10,14,15
MRI 6:10 33:12,17,18
  33:20
Mscurdy 37:18,19
much 20:6 37:6 38:23
  41:12
Murphy 17:15 31:19
  31:21 39:7
Murray 31:22
myself 25:1 36:16
M-s-c-u-r-dy 37:17

**N**
N 43:2 44:1
name 3:10 8:8 10:24
  11:1 16:6 18:11,14
  19:13 43:14
named 40:14
names 23:7 33:2
necessarily 41:1
neck 16:24 17:3,13
  26:9,12 33:21 34:11
  34:14 36:5
need 4:16 23:12,20
  32:15 34:8 38:16
needed 8:23
neither 32:8
nerves 31:1
never 34:4 41:21,22
new 36:8,14
next 24:22 28:1
Nicole 1:13 44:7,12
night 28:8
NJ 1:21
nod 3:22
none 14:6 34:5
Norristown 27:3
NOTARY 44:12
noted 15:24 16:1
notes 19:5,15 24:2 44:9
  45:1
nothing 6:18 7:24 22:6
  22:7,11 36:8 39:19
  40:1

notice 15:14
numb 20:20 41:24,24
  42:2
number 10:17 18:3,6
nurses 23:8,18

**O**
O 44:1
obtain 22:14
off 9:1 30:6
offhand 33:3
OFFICE 2:3
officer 8:18,20 14:12
  24:22 34:16
officers 7:13 13:3 19:7
  24:4 38:12
official 16:5
officials 31:3
Oh 4:21 7:19 27:22
  34:24
okay 4:17 10:23 15:13
  16:19 17:18 18:4,16
  20:10,16 28:1,10,18
  31:23 32:8,21,23
  36:22 37:15 40:23
  41:10 42:4
Old 37:7
older 38:6
once 34:5 38:21 39:15
one 4:7 9:16 10:11
  16:16 19:12 21:22
  23:9 25:5 26:24,24
  30:22 32:2 33:20
  35:7 38:6
ones 6:22
only 20:20 25:5 26:16
  33:19
opened 24:17
opinion 11:16
opportunity 4:6
oral 1:9 31:5,7 32:1,8
  39:19 40:5,5
orally 12:24 14:17
  37:21
order 5:17 6:17 28:23
orders 5:23 6:20 7:8,13
  14:20 15:9 17:1
  22:12,14,16 39:2,18
  40:8
ot 38:10
other 15:3 19:1,6,8,19
  26:24 27:3,16,17
  28:2,24,24 32:12,17
  32:22 37:10,11
others 8:14 13:2 32:14
out 5:8 9:4 10:2 24:10
  26:5 38:14
outside 29:20 30:8,14
  31:4 32:11 33:10

35:2 36:17 40:23
over 7:21 22:24 38:5
  39:15
overnight 28:5
own 20:21

**P**
PA 1:19,21 2:4
pad 33:4
PAGE 43:7 45:1
paid 21:19
pain 17:4 22:17 28:9
  35:5,8,21 36:4
pamphlets 33:8
pants 20:4
paper 12:24 37:4
papers 33:9
paperwork 34:10
Parliament 1:20
part 26:14 33:20
particular 25:6,24
Patrick 2:2 3:10
Pavlovich 1:14 44:7,12
pay 20:13
pending 7:4
Pennsylvania 1:1,11
people 3:11 24:8 25:11
  29:14 37:11
per 20:6
perform 21:2
period 8:21
periods 21:9 30:12
person 27:18 31:20
ph 39:16
Philadelphia 1:19 2:4
phone 40:10,22
physical 35:22
physicians 23:10,19
pinpoint 30:17,20
pins 26:19 28:3
Plaintiff 1:7
please 3:19 4:16 12:7
point 5:6 15:12 30:22
  38:14
positive 14:3,4
practice 27:1
PRECISION 1:18
preliminary 7:21
present 7:3,3 19:6
pretty 41:12
prevent 22:15
previous 4:5
prior 11:10 12:3 19:16
  19:22 21:24 22:10
  34:12 39:17
prison 8:9,11,16 9:20
  11:8 34:16 35:1,1,19
  35:24 36:23 37:1
problem 9:3 20:18,20

33:13 35:15 38:15
  39:11
procedure 36:3
procedures 5:2
proceeded 38:11
proceedings 4:9 44:8
process 30:5
professional 29:20 30:8
  30:14 35:13 40:24
professionals 29:7
  30:19 32:11
provide 6:6 13:17,17
Public 1:14 44:12
purpose 4:7
pursue 34:1
pushed 8:23
pushing 9:1,6 40:8
put 14:20 24:3 33:23
  39:9,18
P.O 1:10

**Q**
question 3:18,20 4:2
  5:20,21
QUESTIONED 43:7
questions 3:17 4:19,23
  7:21 8:4 42:6

**R**
R 44:1
railing 25:17 26:3
ran 12:2
Ransome 17:16
read 16:20
Reading 35:2,3,16,19
  35:23
really 6:7 33:14 35:14
reason 4:16 11:9
recall 6:8,18 12:12
  15:11 27:1,21 33:2,6
receive 7:24 18:12
  22:22 28:7 29:1 31:2
  34:22
received 5:4,21 6:2
  10:4 15:8 31:5 32:12
  35:11
recent 32:5
record 3:21,24 10:24
  16:20
records 5:13,16 9:8
referred 37:10
refused 17:5 39:24
regular 29:5
reinjured 36:10
released 9:18
remain 28:10
remember 3:23 14:2
  18:13 26:8,16,17
  31:20 37:5

removed 35:18
repaired 13:1,24 22:7
  31:13
repairing 29:13
repairs 22:11
repeat 3:19 36:16
reply 14:1,3,4 39:16
  40:7
reporter 3:21,24 12:6
  44:17
Reporter-Notary 1:14
REPORTING 1:18
reports 5:23,24
represent 3:11
Representing 2:5
reproduction 44:16
request 6:3 22:21
  29:19 31:3 41:6,7
requested 34:4
requests 5:7
required 7:2
residence 11:7
response 18:5 31:5,7
  32:1,3,8,9,12,18 37:3
  37:5
responses 30:4 31:2
  38:24 39:1
responsibility 9:18
  39:3
responsible 41:12
result 9:10 15:23,24
results 22:1,6 27:13
review 18:5
right 4:13,18,20,24
  5:11,14,18 6:12,16
  8:2 10:6,16,20 13:8
  13:23 14:13 16:10
  20:22 21:20 23:14
  24:13,17,20,23 25:4
  27:12 34:18,20 35:8
  35:23 37:2
Road 1:20
robbery 10:9
room 28:18
rotted 38:9

_____ S _____

S 43:11
same 10:11 21:16,19
  36:3,3
saved 37:8
saw 23:7 24:8 28:15
  33:3 37:22
saying 3:21 4:1 24:7,9
  27:6,9,9,16
says 16:22 17:14
school 10:2
see 6:10 12:13 23:3,5
  31:15 33:23 38:13,20

seen 29:19 30:7 31:3
  32:21 40:23
seizure 8:24
send 29:17
sending 28:16
sent 13:14,15
sentence 10:8,9,15
sergeants 24:3
serving 10:12,15
settlement 9:12,14,15
seven 11:17 14:15
several 23:7 40:10
shackled 9:16
shirts 20:5
shocked 5:5 7:12,15
shoes 37:12
show 16:4,11
showing 18:4
sick 29:8 32:18,19,20
  34:7
sign 29:8
signature 18:15
similar 35:10
simple 32:16
since 23:15 36:6 40:24
single 24:24
sit 21:18 30:10 41:23
sitting 41:15
six 35:6
slammed 34:16
slot 8:21 9:5
slowly 3:23
smart 9:2
Sneakers 37:14
society 36:23 37:1
some 7:21 11:12 14:5
  21:21 26:18 30:15
  31:1 34:8 35:5
somebody 6:13 30:13
someone 13:1 38:15
  39:21
something 4:11 26:18
  31:1
sometimes 20:19 22:23
  41:18
sore 36:14 41:17
sorry 12:17 32:5 35:7
sort 36:15 40:2
South 1:18 2:4
speak 3:23 7:17
specifically 33:20
spell 11:3 12:6 14:10
spine 26:13,14 33:22
spoke 6:13 12:13,14
  13:5 15:5
SR 1:3,10 3:2 43:5
staff 19:1 32:13 41:9
Stafford 1:3,9 3:2 8:10
  11:2 16:7 43:5

stair 19:3,10
stairs 11:11 19:3,9
  21:24 22:9 40:4
stairwell 25:9
stand 21:8 30:11
start 4:20,21 10:12,12
started 34:9
stated 32:15
STATES 1:1
stating 32:4
stay 28:5
steel 26:1 38:8
stenographic 44:9
step 16:23 25:6,14,24
  26:5 32:5
stepped 25:14
steps 5:24 6:19,20,21
  7:15 12:15,24 13:3
  13:22 15:4 17:1
  19:17,19 22:3,7 25:3
  29:13 31:13 34:3
  38:1,8,9,10,12,12,14
  38:17 39:24 40:9
sticking 13:4 26:19
  28:3
stiff 41:16
stiffness 36:13
still 5:8,21 10:15 13:15
  20:23 21:19 22:18
  23:12,16 25:21 36:7
  41:16
stomach 22:24
stop 9:6 38:13
stopped 21:10
straight 8:22
strapped 26:17
street 1:18 2:4 9:1
strength 42:1
stretches 35:22
suffering 17:3
suing 3:12
suit 35:19
Superintendent 3:13
  3:14,14 40:3
supervision 44:17
supervisor 14:22 39:3
  40:9 41:12
supposed 5:3 14:5
sure 14:16 16:17 20:9
  23:11 24:5,11 27:7
  31:19 38:22 41:13
sworn 3:4 4:8
S.C.I 1:10 11:11

_____ T _____

T 1:5 31:8,22 32:3
  43:11 44:1,1
tailbone 34:15,20
take 4:17 17:5 22:23

23:1 34:6
taken 1:10 14:6 27:19
  44:9
talk 6:8 7:11 41:23
talked 17:14 32:23
talking 25:10
tell 3:19 4:17
telling 34:6
ten 24:7
terms 9:13,15 21:16
testified 3:4 35:20 36:1
testimony 4:8
their 29:10 32:19 33:2
  35:13 39:4,5,16,17
therapy 33:8 35:6,9,13
  35:17,22 36:4
they'd 30:16 33:20,22
thing 26:17 36:3
think 4:4 14:9 23:6
  27:2 30:13,18 33:10
  41:11
third 31:20
Thorofare 1:21
though 4:19
thought 9:1,8
three 15:2 16:2,17 21:4
  29:9
through 5:3 7:5,15
  8:21 9:5 16:22 22:20
  38:9,20 40:1
throughout 28:8
tier 25:2
time 11:12 15:3,9 21:9
  25:8 27:20 30:12,21
  31:21 32:22,24 33:3
  35:7 36:23 37:22
  40:13
times 29:9
today 3:17 41:15
toe 28:3
told 7:23 12:1
top 25:2 26:9,12
toward 26:9
transcribed 44:9
transcript 44:8,16
treated 29:19
treating 29:16
treatment 34:22 35:10
trial 4:10,11
tried 21:6 30:22,23
true 44:8
try 4:14 12:24 32:4
turn 7:3
two 18:9 19:6 25:11
  29:9 38:21

_____ U _____

unable 21:2
under 4:24 44:16

underneath 25:24
understand 3:18 4:12
  8:3 16:21
understood 4:3
unit 17:15 30:3 39:7,11
UNITED 1:1
unless 38:11 44:16
until 5:1 27:10
upset 39:20,22
use 4:8 30:11
used 4:10

_____ V _____

varied 20:9,13,14
Vaughn 1:5 3:13 17:11
  31:6,8 32:4
verify 16:11
versus 8:10
very 7:15 39:20,22
videotape 24:4
visits 29:5,6
vs 1:4

_____ W _____

waiting 41:2
wake 36:13 41:16
walk 20:18 38:19
walking 24:24 25:1
  41:24
want 4:5 23:13,20 30:7
  34:1
wanted 6:10 33:24 34:2
  34:4
warden 8:10,15 31:6
  31:22,22,24 41:8,8
wardens 30:2,3
warden's 40:15
warehouse 20:2
warned 39:20
warranted 6:15
wasn't 5:1 27:7
way 1:20 15:1 24:16,19
  30:15 33:22 38:10
wearing 37:13
Wednesday 1:12
week 20:8,11 21:13
  29:9
weeks 21:5,10 29:2
  38:21
weight 26:10,11,13
welded 22:9
well 7:7 20:4 21:1
  23:15 29:8 38:3 39:1
  42:5
went 6:8 40:1
were 5:2 8:14 10:7
  13:23 16:24 17:2
  20:15 22:11 24:9,13
  24:16,19 25:5,10,13

26:3,19 27:5 29:5
32:19 35:12,16 37:13
38:8
**weren't** 29:16 30:19
**we'll** 11:9
**we're** 13:4 39:5 40:7
**while** 10:4
**whole** 6:7 24:11
**wife** 40:13
**window** 22:20
**Witness** 42;9 43:5
**witnesses** 23:22
**woke** 7:23 26:18
**word** 17:8
**words** 16:21
**work** 5:22 6:17,20 7:7
14:20 15:8 17:1,12
17:13 20:8,12 21:12
21:14 22:12,13,13,14
22:16 39:2,18 40:8
41:6
**worked** 35:14
**working** 20:2 21:10
40:7
**worse** 29:18
**wouldn't** 13:1 29:17
32:7
**write** 13:12 36:17 37:5
37:11
**writing** 34:9
**written** 18:7 30:2 32:2
32:3,9
**wrong** 33:21
**wrote** 13:9 15:21 16:14
16:16,17 17:16 21:23
33:4 37:6,9 41:9

---
**X**
**X** 43:2,11
**x-ray** 33:13,14,16,19
33:19 35:4,7,21 36:4
**x-rayed** 17:5 27:14
30:23
**x-rays** 27:14

---
**Y**
**yeah** 25:8,22 36:3
**years** 7:10 11:18,21,23
23:1 38:5 39:17,23
**yield** 22:2

---
**Z**
**Zang** 12:5,21 13:6,7
39:13,14
**Z-a-n-g** 12:8

---
**$**
**$139** 20:14

---
**0**
**02-3790** 1:6
**08086** 1:21
**0897-2000** 18:6

---
**1**
**1** 10:14
**1-800-528-3060** 1:20
**10th** 10:3
**10:20** 1:13
**10:30** 27:23
**100** 24:11
**11th** 1:18
**11:00** 42:12
**1134** 1:20
**12th** 2:4
**12:00** 27:23,24
**13** 6:23
**17** 8:22 9:6 43:15
**18** 43:16
**19020** 1:21
**19102** 1:19
**19107** 2:4
**19426** 1:11
**1996** 9:24 10:14 11:20
**1999** 20:10

---
**2**
**20** 11:10 12:3 13:4 14:7
15:15 16:22 19:16
21:24 23:2,15,23
34:12 36:6
**20th** 20:23
**2000** 6:1 11:10 12:3,14
12:17 13:5,7 14:7
15:15 16:6,22 18:7
19:16,22 20:11,23
22:1 23:2,15,23
34:12 36:6
**2001** 12:10,17
**2004** 1:12
**2007** 10:18,19
**2026** 10:22
**21** 2:4
**2149** 1:20
**215** 1:19,21
**22** 16:6
**23** 20:7
**230** 1:18
**246** 1:11
**25th** 5:3,7,10,11
**28** 12:17
**28th** 12:19

---
**3**
**3** 43:8
**3rd** 2:4
**30** 28:12

---
**4**
**4-10-69** 11:6

---
**5**
**50** 24:9 38:6

---
**6**
**609** 1:21

---
**7**
**7** 1:12 18:6
**731-9847** 1:19,21

---
**8**
**848-4978** 1:21

---
**9**
**9th** 5:12
**96** 6:1 34:19

**EXHIBIT B**
**Declaration of Facilities Maintenance Manager III,**
**George Hiltner**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEON C. STAFFORD            :    CIVIL ACTION
                                  :
         v.                   :
                                  :
DONALD T. VAUGHN (SUPERINTENDENT): 
MANNY ARROYO (DEPUTY            :
SUPERINTENDENT), DAVID          :
DIGUGLIELMO (DEPUTY             :
SUPERINTENDENT), GEORGE HILTNER   :
(SUPERVISOR MAINTENANCE), MRS.     :
KNAUER (ADMINISTRATION         :
SUPERVISOR), MR. MCSURDY (FIRE     :
INSPECTOR SUPERVISOR)         :   NO. 02-3790

## DECLARATION OF FACILITIES MAINTENANCE MANAGER, COMMONWEALTH DEFENDANT GEORGE HILTNER

I, George Hiltner, declare under penalty of perjury that the following facts are true and correct:

1.    I am an employee of the Pennsylvania Department of Corrections ("DOC"). I have been the Corrections Facilities Maintenance Manager III at the State Correctional Institution ("SCI") at Graterford for approximately five years. Before that, I was a Corrections Facilities Maintenance Manager I at SCI-Graterford for four years. I have worked for the DOC for approximately twelve years.

2.    SCI-Graterford is one of the largest correctional institutions in Pennsylvania, if not the largest. It is located in a semi-rural area of Montgomery County. It occupies approximately 1,700 acres, of which approximately 64 acres are "inside the walls".

3.    In addition to the main prison structure, which houses most of the cell blocks and numerous other spaces (such as offices, food service areas, chapels, medical facilities, etc.), SCI-Graterford also has a large number of out-buildings, of widely varying sizes, which serve a broad range of functions. These are located all over the institution's

grounds, both inside and outside the walls.

4.  As the Facilities Maintenance Manager III at SCI-Graterford, I plan, direct, organize and coordinate construction, renovation, maintenance, grounds keeping, security, sewage treatment plant, six well water supply systems, heating and utility plant operations, including electrical generation, farm operations and repairs, greenhouse and truck garden crops. I supervise grounds keepers and housekeeping of all maintenance areas. I plan and direct all building, electrical and mechanical construction, renovations and maintenance. I direct operation of the Sewage Treatment Plant through personal inspection, conferences, charts, logs and reports. I assign supervisors, tradesmen, foremen, tradesmen instructors and inmates to repair projects and review work for adherence to plans, specifications and technical standards. I prepare plans and specifications for construction, renovation and maintenance projects. I direct the operation of high pressure steam heating and utility plans through inspection, conferences and review of reports, logs and charts. I direct changes in boiler and utility plant operations. I direct installation and repair of air conditioning and refrigeration through inspection, review of charts, logs and conferences.

5.  I direct and supervise the three Facility Maintenance Manager I's and the one Utilities Supervisor at SCI-Graterford and make daily inspections of projects throughout the Institution.

6.  SCI-Graterford was built in 1929. Prior to the 1950s, stairs were constructed by using either bolts or rivets. After the invention of welding in the 1950s, stair construction was changed to welded construction. Therefore, the stairs on the housing blocks A through E were bolted together. If a bolt broke, and the step dropped, the steps were welded back

2

into place and not replaced.

7.  Over approximately seventy (70) years, the stairs in the housing units were subjected to significant stress from equipment being dragged over them, flooding, and general use by inmates and corrections personnel. In September of 1997, many of the stairs in D-Block were welded and received new treads. After this project was completed, it was determined that every flight of stairs in housing units A through E should be inspected for possible replacement. Therefore, in 1998, a mason was directed to evaluate the condition of the stairs in the housing blocks.

8.  After the mason determined that most of the stairwells were "worn", corrections officials decided to replace each "worn" stairwell in housing units A through E. Each of the five (5) housing units (A-E) has two (2) sets of staircases in the back of the unit and two (2) more in the center of the unit. The number of staircases in the front of each unit varies. A-Block has three (3) in the front of the unit, as does B-Block and C-Block. D-Block and E-Block have only one (1) staircase in the front of the unit because those blocks are on ground level. Therefore, there is a total of thirty-one (31) sets of stair cases in housing units A-E. Of those thirty-one (31), twenty-four (24) were designated for replacement. The seven (7) "sets" of stairs that were not designated for replacement differed from the others not only in their condition, but in their construction and size. In other words, four (4) of the seven (7) sets are fifty-foot wide steps (on A, B & C) and three (3) more are short flights, consisting of less than four steps each (also on A, B & C). The short flights were, in fact, welded.

9.  The five housing units A through E were prioritized, with the worst block stairs being replaced first. To that end, the stairs on E-Block were replaced first. This project was

3

finished by September 2000. The D-Block stairs were replaced by November 2000. The A-Block stairs were replaced in February 2001, at a cost of over $8,000 for that block alone. Since the 1998 decision to replace the designated stairs, each designated set of stairs in the A-E Block housing units have been replaced. The cost for replacing the A-Block stairs alone exceeded $8,000.

10.     Prior to February 2001, when the A-Block stairs were replaced, there were occasional repairs made to the steps pending replacement. A step was welded in April 1997, treads were repaired on two steps on a flight in the front of the block in early 1998, and a tilted step on the same flight was straightened out in April 1998.

11.     Plaintiff Deon Stafford, DD-4637, is an inmate currently incarcerated at SCI-Graterford, who has claimed that I demonstrated deliberate indifference for not having the back steps on A-Block replaced prior to his July 20, 2000 accident.

12.     As previously noted, the project to replace twenty-four (24) of the thirty-one (31) flights of stairs in the housing units A-E was initiated in 1998. I have no recollection of any complaints coming directly from Stafford regarding the flight of steps in the back of A-Block. Rather, I was aware that most of the sets of stairs in each of the housing units A through E were due to be replaced sometime after 1998.

13.     My review of the records, kept up to date in the normal course of providing maintenance services at SCI-Graterford, reveals the following, with respect to the condition of the A-Block stairs:

        a.      On March 5, 1997, a Maintenance Work Order ("MWO") was completed for a cracked step on A-Block. It was assigned code number 97-0063 and the work was completed on March 17, 1997. The completed job was entered on the MWO log

4

on April 1, 1997.

b.    On January 7, 1998, as previously stated, an MWO was completed that indicated
      that a mason was scheduled to evaluate the stairs for replacement. It was assigned
      code number 98-00384.

c.    Also on January 7, 1998, an MWO was completed to repair the treads on 2
      specific steps. It was assigned code number 98-00400 and the work was
      completed on March 2, 1998.

d.    On April 7, 1998, an MWO was completed to repair a tilted step. It was assigned
      code number 98-02272 and the work was completed on April 22, 1998.

e.    MWOs 98-00384, 98-00400, and 9802272 were listed in the log, along with
      several other projects ordered and completed around the same time throughout the
      Institution.

f.    The June/July 1999 Fire & Safety Inspection Report indicates that replacing the
      stairs on A-Block was scheduled.

14.   It is worth noting that not every job that is completed in or around the Institution has an
      MWO for it. Many times, maintenance staff see a problem during their rounds and
      address it immediately without first getting an MWO or filling one out later. Moreover,
      not every MWO is logged, especially not during the time period relevant to this case.

5

15.    Attached, as noted in the Exhibit Table, are true and correct copies of the documents that

I have described above.

I have read the foregoing and declare, under penalty of perjury, that the facts recited true

and correct.

Graterford, PA

Dated:  8/6/04.

George Hiltner