**EXHIBIT B1**
**June/July 1999 – Fire & Safety Inspection Report**

# JUNE/JULY 1999 - FIRE & SAFETY INSPECTION REPORT

## A-BLOCK

1. B-1 emergency lighting in need of repair.

2. Toxic & caustic chemicals are being housed in inmate cells.

3. The shower ventilation needs to be improved.

4. The vents need to be cleaned.

5. Inmates are keeping cleaning utensils in their cells.

6. In general the cell content is high.

7. The rear steps need to be replaced.

## A-BLOCK DINING HALL

1. The soda dispensers and serving lines need detailed cleaning.

2. The windows need detailed cleaning.

3. The vents need to be cleaned.

## B-BLOCK

1. The emergency lighting does not work. Numerous work orders submitted without action.

2. The serving lines and soda dispensers need detailed cleaning.

3. The vents need to be cleaned.

4. The mop water needs to be changed more frequently.

5. The rear steps need to be replaced.

6. The shower ventilation needs to be improved.

## B-BLOCK DINING HALL

1. The serving lines need detailed cleaning.

2. The soda dispensers need detailed cleaning.

**EXHIBIT B2**
**Maintenance Work Order ("MWO") No. 3547,**
**Dated 03/05/97**

MAINTENANCE WORK ORDER (MWO)    MAR 2 0 1997

| BUILDING NO./NAME | ROOM NO./LOCATION | ORIGINATOR | TELEPHONE | SUPERVISOR'S APPROVAL | DATE |
|---|---|---|---|---|---|
| A Block | TFE side | CO— Co— | 2200 | | 5 mar 97 |

JOB DESCRIPTION

2nd step from top is cracked and in need of repair

DATE REQUIRED: ASAP

Complete

| TRADE ASSIGNED | MEN ASSIGNED | | CODE NO. |
|---|---|---|---|
| (Do not write below line) | | | |
| TOTAL TIME—HRS. Weld | (3) licied | | 3457 |
| | PM. NO. | | HISTORY ENTRY |

Completed By/Date

B.M.S. Approval   3/17/97

Authorized By

Record Material and Cost on Reverse
Commonwealth of Pennsylvania

1. White Copy — Maintenance Office   2. Yellow Copy — Maintenance Office   3. Pink Copy — Supervisor's Copy
4. Goldenrod Copy — Originator Copy

Department of Corrections
DC-437

## TO BE FILLED IN AS WORK PROGRESSES

| MATERIALS | COST | EMPLOYEES | MAN HRS. | RATE | COST |
|---|---|---|---|---|---|
| | $ | | | $ | $ |
| Steps | | MR | 1/2 | 11 | 5.5 |
| Appeared to | | Detail | 1/2 | 1 | .50 |
| be in order | | | | | |

# EXHIBIT B3
## Listing for MWO No. 3547

WO# 97-0063

opened 4/1/1997 A-BLOCK COLICINO STEP BROKEN--PARTS FALLING OFF. SECOND STEP FROM FIRST LAND--ING

Tradesman

Problem

* Date Completed 4/1/1997 B WELD SHOP

Shop

\* Casement submitted work order after he completed the work.

**EXHIBIT B4**
**MWO No. 00384, Dated 01/07/98**

## MAINTENANCE WORK ORDER (MWO)

**JAN 22 1998**

| BUILDING NO./NAME | ROOM NO./LOCATION | ORIGINATOR | TELEPHONE | SUPERVISOR'S APPROVAL | DATE 1/7/98 |
|---|---|---|---|---|---|
| A-Block | | Swartz | | | TELEPHONE |

**JOB DESCRIPTION**

1 Stairs to be evaluated for replacement.

DATE REQUIRED

ALL STAIR DAMAGE CONSISTS ONLY OF METAL STEP TREADS. SEE ATTACHED! D.M.S

(Do not write below line)

| TRADE ASSIGNED | MEN ASSIGNED | CODE NO. |
|---|---|---|
| Mason Shop | Stably | 98-00384 |
| TOTAL TIME—HRS. | PM. NO. | HISTORY ENTRY |

Completed By Data  2/9/98  1/24/98

B.M.S. Approval

Authorized By

Record Material and Cost on Reverse
Commonwealth of Pennsylvania

1. White Copy — Maintenance Office   2. Yellow Copy — Maintenance Office   3. Pink Copy — Supervisor's Copy
4. Goldenrod Copy — Originator Copy

Department of Corrections
DC-437

## TO BE FILLED IN AS WORK PROGRESSES

| MATERIALS | COST | EMPLOYEES | MAN HRS. | RATE | COST |
|---|---|---|---|---|---|
| | $ | | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL COST OF LABOR | $ |
| | | | | TOTAL COST OF MATERIALS | $ |
| TOTAL COST OF MATERIALS | $ | | | TOTAL COST | $ |

**EXHIBIT B5**
**MWO No. 00400, Dated 01/07/98**

## MAINTENANCE WORK ORDER (MWO)

JAN 22 1998

| BUILDING NO./NAME | ROOM NO./LOCATION | ORIGINATOR | TELEPHONE | SUPERVISOR'S APPROVAL | TELEPHONE |
|---|---|---|---|---|---|
| A. Block | | Swarty | | | DATE 1/7/98 |

**JOB DESCRIPTION**

Repair stair treads    Front of Block

2 strips          1) 4" X 38"
Flat bar
w/ holes          2) 4" X 37½"

Complete

| TRADE ASSIGNED | MEN ASSIGNED | CODE NO. |
|---|---|---|
| MR | R. Jaczac | 98-00400 |

TOTAL TIME—HRS.    PM. NO.    HISTORY ENTRY

(Do not write below line)

Completed By/Date 3-2-98    B.M.S. Approval    Authorized By

Record Material and Cost on Reverse
Commonwealth of Pennsylvania

1. White Copy — Maintenance Office  2. Yellow Copy — Maintenance Office  3. Pink Copy — Supervisor's Copy
4. Goldenrod Copy — Originator Copy

Department of Corrections
DC-437

## TO BE FILLED IN AS WORK PROGRESSES

| MATERIALS | COST $ | EMPLOYEES | MAN HRS. | RATE $ | COST $ |
|---|---|---|---|---|---|
| Flat bar | | CC 7650 | 1½ | | |
| ¼ X 30 | | AM 5817 | 1½ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL COST OF LABOR | $ | |
| | | | TOTAL COST OF MATERIALS | $ | |
| TOTAL COST OF MATERIALS | $ | | | TOTAL COST | $ |

**EXHIBIT B6**
**MWO No. 02272, Dated 04/07/98**

## MAINTENANCE WORK ORDER (MWO)

APR 0 9 1998

DATE
4-7-98

| BUILDING NO./NAME | ROOM NO./LOCATION | ORIGINATOR | TELEPHONE | SUPERVISOR'S APPROVAL | TELEPHONE |
|---|---|---|---|---|---|
| AB116 | AB116 | LT ZL | 2238 | LT ZL | 2238 |

JOB DESCRIPTION

DATE REQUIRED
ASAP

The fourth step on front stairs on bridge is tilted forward. Possible trip hazzard. Please Repair

Thank You
LT ZL

Complete

*(Do not write below line)*

| TRADE ASSIGNED | MEN ASSIGNED | CODE NO. |
|---|---|---|
| Weld | Coliciro | |

TOTAL TIME—HRS.

PM. NO.

HISTORY ENTRY
98-02272

4-22-98   4/9/98

Completed By/Date   B.M.S. Approval

Record Material and Cost on Reverse

Commonwealth of Pennsylvania

1. White Copy — Maintenance Office  2. Yellow Copy — Maintenance Office  3. Pink Copy — Supervisor's Copy

Authorized By

Department of Correction
DC-437

## TO BE FILLED IN AS WORK PROGRESSES

| MATERIALS | COST $ | EMPLOYEES | MAN HRS. | RATE $ | COST $ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL COST OF LABOR | | $ |
| | | | TOTAL COST OF MATERIALS | | $ |
| TOTAL COST OF MATERIALS | $ | | | TOTAL COST | $ |

# EXHIBIT B7
## Listing for MWOs Nos. 00384, 00400 and 02272

A-Block Stairs

2/25/2004

| WORK ORDER | Date: | Building Name | Trade Assignment | Men Assigned: | Job Description: | Date Completed: |
|---|---|---|---|---|---|---|
| 98-02272 | 4/7/1998 A-Block | Weld Shop | Jaszczak | The fourth step on front step on bridge is tilted forward | 4/22/1998 |
| 98-00384 | 1/7/1998 A-Block | Mason Shop | Stabley | All stairs to be evaluated for replacement | 2/9/1998 |
| 98-00400 | 1/7/1998 A-Block | MR | Jaszczak | Repair Stair Treads | 1/22/1998 |
| 98-02172 | 3/31/1998 Activities | MR | | Repair loose railing on steps leading to basement/bandroom | 9/8/1998 |
| 98-00528 | 1/17/1998 Admin Bldg. | Lock Shop | Kirkwood | Door knob at the top of stairs to the visiting room knob is about to fall off | 3/16/1998 |
| 98-00157 | 1/7/1998 Admin. Bldg. | Lock Shop | Hillner | Door to stairwell leading to mail room will not open from outside | 2/10/1998 |
| 98-01441 | 2/10/1998 Assessment | Paint Shop | Bondi | Paint walls in stairwell and steps | 10/15/1998 |
| 97-9343 | 12/29/1997 B-Block | Mason Shop | Jaszczak | Back steps are broken | 2/17/1998 |
| 98-00039 | 1/13/1998 B-Block | Weld Shop | Jaszczak | Step on stair case broken | 2/17/1998 |
| 98-00243 | 4/14/1998 B-Block | Weld Shop | | Steps at front of unit are covered with diamond plate and 1st step is loose | 7/1/1998 |
| 98-00961 | 1/23/1998 B-Block | Mason Shop | Stabley | 4th step from bloom odd side loose--cement loose from frame | 2/18/1998 |
| 97-9207 | 12/20/1997 B-Block | Weld Shop | Jaszczak | Right rear stairwell, 10th step broken loose | 2/17/1998 |
| 98-04176 | 6/26/1998 C-Block | MR | Jaszczak | Missing step on back stairwell | 6/29/1998 |
| 98-00223 | 1/2/1998 Chapel | MR | Harmonsky | Repair hand railing on stair's to mas'd. | 5/31/1998 |
| 98-03157 | 5/7/1998 CI | | | Steps to tunnel need to be secured | |
| 97-8850 | 12/3/1997 D-Block | Electric Shop | Finn | Install fluorescent light under steps in back of D-Block | 12/16/1997 |
| 98-03703 | 6/3/1998 D-Block | Plumbing Shop | | Toilet upstairs flooding cell down stairs | 7/1/1998 |
| 98-07231 | 2/18/1998 E-Block | Mason Shop | Steps repaired | Steps at rear of block need to be repaired | 3/9/1998 |
| 97-8744A | 11/17/1997 E-Block | MR | Jaszczak | Steps at rear of block are broken | 12/7/8/1997 |
| 98-00909 | 2/4/1998 EDCC | MR | Scheck | Stairway light out | 2/19/1998 |
| 98-04101A | 6/25/1998 EDCC | MR | | Lower I stairwell exit sign not working | 7/2/1998 |
| 98-02594 | 4/18/1998 EDCC | MR | Scheck | Bulb is out leading to F-block in stairwell | 6/29/1998 |
| 98-00253 | 1/1/1997 EDCC | MR | Scheck | Exit light at stairway to lower level is out | 2/9/1998 |
| 98-04081 | 6/23/1998 EDCC-F | MR | | F/Stairs closest to the commissary lower level light is out | 7/2/1998 |
| 98-01640 | 3/12/1998 EDCC-G | MR | | Light out in rear stairwell, 400 level | |
| 97-8888A | 11/29/1997 EDCC-G | MR | Harmonsky | Back stairway lights burned out | 4/6/1998 |
| 98-03930 | 6/9/1998 EDCC-G | Plumbing Shop | Worley | Upstairs shower head clogged and not working | 6/24/1998 |
| 98-01101 | 2/15/1998 EDCC-H/I | MR | Scheck | The light stairwell coming up to U/I block is coming off the wall and needs screw | 2/23/1998 |
| 98-03114 | 5/6/1998 EDCC-H/I | MR | | Stairwell steps leading to pent house light burned out | 7/28/1998 |
| 98-00224 | 1/11/1998 EDCC-I | Weld Shop | | Hinges on stairwell door, weld is cracked | |
| 98-02077 | 4/1/1998 EDCC-I | MR | Scheck | Light out in stairwell | 6/30/1998 |
| 97-8639 | 11/15/1997 EDCC-I | MR | Bobar | Hand rail loose in stairwell | 12/4/1997 |
| 98-02600 | 4/18/1998 EDCC-L/F | MR | Scheck | Bulb is out at the bottom of stairwell | 6/29/1998 |

Page 1

**EXHIBIT B8**
**February Cost Report for the A-Block Stair**
**Replacement Project**

**INSTITUTION:** <u>S.C.I. GRATERFORD</u>

APPENDIX A<br>PAGE A-41

For the Month of: <u>FEBRUARY-2001</u>
**II. MISCELLANEOUS**

| Title: | A-BLOCK STAIRS | | |
|---|---|---|---|
| **Description:** | Remove & replace stairs in rear of A-Block. | | |
| Estimated Cost if by Contractor | | **Inst. Cost** | |
| | **$ 15,500.00** | **Material:** | **$ 6,602.00** |
| | | **Labor:** | **$ 1,781.29** |
| | | **Total:** | **$ 8,383.29** |
| **Savings:** | **$ 7,116.71** | | |
| **Percent Complete:** | **Last Month** % | **This Month** 100% | **To Date** 100% |

| Title: | COUNSELOR OFFICE SECURITY | | |
|---|---|---|---|
| Description | HARDEN OFFICE---ADD BARS TO WINDOWS | | |
| Estimated Cost if By Contractor | | **Inst. Cost** | |
| | $ | **Material:** | $ |
| | | **Labor:** | $ |
| | | **Total:** | $ |
| **Savings:** | $ | | |
| **Percent Complete:** | **Last Month** 10% | **This Month** 00% | **To Date** 10% |

| Title: | K-BLOCK PLUMBING | | |
|---|---|---|---|
| **Description:** | Upgrade plumbing | | |
| Estimated Cost if by Contractor | | **Inst. Cost** | |
| | $ | **Material:** | $ |
| | | **Labor:** | $ |
| | | **Total:** | $ |
| **Savings:** | $ | | |
| **Percent Complete:** | **Last Month** 95% | **This Month** 00% | **To Date** 95% |

# EXHIBIT C
## Declaration of Corrections Health Care Administrator
## Julia Knauer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEON C. STAFFORD                          :        CIVIL ACTION
                                          :
          v.                              :
                                          :
DONALD T. VAUGHN (SUPERINTENDENT):        :
MANNY ARROYO (DEPUTY                       :
SUPERINTENDENT), DAVID                     :
DIGUGLIELMO (DEPUTY                        :
SUPERINTENDENT), GEORGE HILTNER            :
(SUPERVISOR MAINTENANCE), MRS.             :
KNAUER (ADMINISTRATION                     :
SUPERVISOR), MR. MCSURDY (FIRE             :        NO. 02-3790
INSPECTOR SUPERVISOR)                      :

## DECLARATION OF JULIE KNAUER

I, Julie Knauer, declare under penalty of perjury that the following facts are true and
correct to the best of my knowledge:

1.    I am the Corrections Health Care Administrator ("CHCA") at the State Correctional
      Institution ("SCI") at Graterford. I have been employed at SCI-Graterford for the entire
      time that Deon Stafford, inmate DD-4637, has been incarcerated here. I have been the
      CHCA since September 1999.

2.    While I am a registered nurse, my duties are as an administrator, not a nurse. My duties
      require me to rely upon the medical professionals, which the contract medical provider
      provides at SCI-Graterford. I also rely on the medical records in the regular course of my
      administrative duties. As part of my duties, I am an administrator for the health care
      services for inmates in the treatment of illnesses, disease and injury. I am responsible for
      monitoring the contracted health agency to ensure compliance to policy, procedure and
      practice, and I serve as the liaison between the institution's administration and contract

health care provider in matters of mutual concern.

3.  With respect to referrals to outside specialists and facilities, the physician or physician's assistant ("PA") who suggests a referral to a specialist must complete a consultation form and submit it to the Medical Director. The Medical Director is a doctor employed by the contract medical provider, not the Department of Corrections ("DOC"). The Medical Director decides whether to refer the inmate to a specialist or suggest a more conservative treatment to be performed inside the Institution until it is determined whether an outside specialist is necessary. The DOC's medical vendors routinely provide emergency care, clinics for management of chronic illnesses, dental services, and optical care.

4.  I am not involved in the medical decision of whether a referral to a specialist is approved or not. Rather, if a referral is approved, I monitor the treatment to ensure that the medical vendor complies with the terms of the medical provider contract. If a referral is not approved, the Medical Director will devise an alternative treatment plan.

5.  Deon Stafford is an inmate currently incarcerated at SCI-Graterford. I have reviewed Stafford's claims that he has raised concerning me in the Complaint in the above-captioned case. Stafford contends that, while incarcerated at SCI-Graterford, I demonstrated deliberate indifference to serious medical needs resulting from a July 20, 2000 fall.

6.  An inmate's medical records includes Progress Notes (Medical and Psychiatric), Physician's Orders, Consultation Records, X-Rays and Physical Examinations, Medications, Lab Records, and Miscellaneous Administrative Medical Records.

7.  I have reviewed Stafford's medical file in the past so I could appropriately respond to his

2

Request Slips and Grievances that he submitted concerning the medical treatment he was receiving.

8.  Each time I received a grievance, and reviewed his charts filled out by the medical professionals who I rely upon, I concluded that Stafford was receiving appropriate care. (*See* Exhibits C4-C8)

9.  I have reviewed Stafford's medical file again and my general impression, based upon the medical records compiled by medical professionals, is that Deon Stafford suffers from intermittent, low-grade back pain and that, although the medical care he receives is appropriate for his condition, he demands medical treatment that is not necessary.

10.  It is worth noting that Stafford complained about back pain well before July 2000 fall and that he refused an x-ray for it. (*See* Exhibit C5).

11.  It is also worth noting that Stafford was not the first person to fall on the stairs on A-Block. From December 1998, until Stafford's accident on July 20, 2000, there were fifty-three documented slip/falls around the Institution: six (6) of which occurred on the A-Block stairs, including Stafford's. Inmate John Hall, CS-2352, accounted for two of the six falls. There is only a Medical Incident/Injury Report for five of the six falls. Evidently, inmate Jabari Jackson, BZ-6266, did not seek medical attention after his fall. With respect to the Medical Incident/Injury Reports, only Stafford's indicates that the fall was attributable to a condition of the stairs. The other four indicate that the inmate fell and/or slipped up or down the steps.

12.  In conclusion, the medical record which I rely upon to gauge the care provided for Stafford is replete with entries detailing the appropriate medical care that he has received

while incarcerated at SCI-Graterford.

13.    Attached, as noted in the Exhibit Table, are a some of the relevant entries in Stafford's medical record, as well as true and correct copies of the documents that I have described above.

I, CHCA Knauer, declare under penalty of perjury that the foregoing facts are true and correct.

    Graterford, PA

    DATED:    August 6, 2004

                                 Julie Knauer

# EXHIBIT C1
## Initial Reception Screening/Health Assessment

## INITIAL RECEPTION SCREENING/HEALTH ASSESSMENT

**I.D. INFORMATION:**
Reception Date 12-13-96    SOCIAL SECURITY # 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    SCI Camp

Name Stafford Dean    I.D. # DD 4637
    Last      First      M.I.

Language[s] spoken:  Yes / No    Interpreter needed: [circle one] Yes (No)

Can Speak English: ✓

Able to Read: ✓    Name of interpreter: _____

Able to Write: ✓

Marital Status [circle one]  (S)  M  D  W  Sep

Race [Circle One]  W  (B)  H'    NA  Other

Religion  Protestant

Date of Birth  4-10-69

Home County  York Co

| ANY FAMILY HISTORY OF: | Yes | No | Don't Know |
|---|---|---|---|
| Diabetes | ✓ | | Mom |
| Heart Disease/Attack | | ✓ | |
| High Blood Pressure | ✓ | | Mom |
| Cancer specify | | ✓ | |
| Blood Disease specify | ✓ | | |
| Arthritis | | ✓ | |
| Hepatitis | | | |
| Epilepsy/Seizure Disorder | ✓ | | self |
| Mental Illness/Retardation | | ✓ | |
| TB - Treated | | ✓ | |
| If yes, when and where? | | ✓ | |
| Sickle Cell | | ✓ | |

**FAMILY HISTORY:**

| Alive | Dead | | Cause of Death: |
|---|---|---|---|
| ✓ | ___ | Father | _____ |
| ✓ | ___ | Mother | _____ |
| ✓✓ | ___ | Siblings | _____ |
| bro sis | | | |

**MEDICAL HISTORY:**

Notify in Emergency: [name & address & phone] earte Sheila Stafford, 85 Wedgewood Circle, Etters PA. 17319 (717) 938-5469 Relationship: Mom

Family Physician name and address: N/A

Address: _____

Current Medications: difontia 200 BID, Phenobarb 30y BID

Past Hospitalization: specify reason[s]: N/A

_____

_____

[Location, Address, City, State, Zip]
Head Injury/LOC  Boxing Injury — unconscious 1-2 minutes.
Allergies: NKA

| D.O.B: | 4-10-69 |
|---|---|
| SS#: | |
| Inst. #: | DD4637 |
| Name: | Stafford, Dean |

Physical Limitations/Handicaps: _N/A_

## PHYSICAL AIDS:

| | Yes | No | Description: |
|---|---|---|---|
| Eyeglasses | notching ✓ | | |
| Contact Lens | — | ✓ | |
| Orthotics, Braces | — | ✓ | |
| Wheelchair | — | ✓ | |
| Dentures | — | ✓ | |
| Other | — | ✓ | |

| | Yes | No | Description: |
|---|---|---|---|
| Hearing Aid | — | ✓ | |
| Artificial Limbs | — | ✓ | |
| Crutches/Cane | — | ✓ | |
| Eye Prosthesis | — | ✓ | |
| Hair Piece | — | ✓ | |

## DRUGS, PAST/PRESENT USE:

| | Yes | No |
|---|---|---|
| Steroids | | ✓ |
| Alcohol | ✓ | |
| Heroin | | ✓ |
| Marijuana | | ✓ |
| LSD | | ✓ |
| Cocaine/ | ✓ | |
| Amphetamines | | ✓ |
| Tobacco | ✓ | |
| Tranquilizers | | ✓ |

1ppd - none since incarcerated

### Method of Drug Use:
| | |
|---|---|
| — | Smoke |
| — | IV |
| ✓ | Snort |
| ✓ | Ingest |

When was last time drugs were used: (Specify) _clean 1 yr._

## HAVE YOU EVER TAKEN MEDICATION FOR:

| Medication | No | Yes | Medication & |
|---|---|---|---|
| Heart B/P | | | When? |
| Glaucoma | | | |
| Asthma | | | |
| Diabetes | | | |

Any problems after withdrawal: (Specify)
_Seizures Jan 7th 96 @ DC ___
OC P

| | |
|---|---|
| D.O.B: | _____ |
| SS#: | _____ |
| Inst. #: | _____ |
| Name: | _____ |

.

.

**EXHIBIT C2**
**Report of Slip/Falls from 12/97 – 06/00**

08-05-2004   13:23   FROM-MAINTENANCE    6102701792    T-936  P.002/010  F-273

## User Defined Report

| Name | Number | Date | Type | Location | Description | Code | Department | Age |
|------|--------|------|------|----------|-------------|------|------------|-----|
| HALL, JOHN | CS2352 | 12/05/1998 | I | STEPS A-BLK | FELL DOWN BACK | 34 | STEPS | 29 |
| | Total | 1 | S | F-BLK STAIRWELL | SLIPPED DOWN | 34 | STEPS | 43 |
| | Total | 2 | I | INF. CELL 1020 | STAIRWELL TWIST | 13 | STEPS | 41 |
| | Total | 3 | S | L-BLK CTRL RM | SLIPPED ON | 13 | STEPS | 32 |
| | Total | 4 | I | H STAIRWELL | SLIPPED/FELL | 10 | STEPS | 50 |
| | Total | 5 | I | D-BLK STRWELL | SLIPPED/STEPS | 1 | STEPS | 25 |
| | Total | 6 | S | D-BLK BRIDGE | TRIPPED/STEP | 2 | STEPS | 45 |
| | Total | 7 | I | M-UNIT TRAILER | STEPS/SLIPPED | 13 | STEPS | 28 |
| | Total | 8 | I | E-BLK | FELL/STEPS/BACK | 41 | STEPS | 34 |
| | Total | 9 | S | BACK DOCK | STEPS/FELL/PATC | 34 | STEPS | 36 |
| | Total | 10 | I | D-BLK | MISSED | 41 | STEPS | 35 |
| | Total | 11 | S | STAIRWAY/MHU | SLIPPED/STEPS | 34 | STEPS | 0 |
| | Total | 12 | S | FRONT STAIRWY | TRIPPED/STEPS/L | 10 | STEPS | 56 |
| | Total | 13 | S | L/I STAIRWELL | STAIRS/TWIST | 13 | STEPS | 37 |
| | Total | 14 | I | L/H 1022 | SLIP/WATER/FACE | 1 | STEPS | 33 |
| | Total | 15 | | | | | | |
| BROWN, SHAWN | CT7402 | 03/30/1999 | I | A-BLK | TRIPPED/STEP/FE | 10 | STEPS | 0 |
| | Total | 16 | I | L/F STAIRWAY | FALL/STEPS | 12 | STEPS | 35 |
| | Total | 17 | I | B-BLK REAR STEP | STAIRS/SLIP/ANK | 13 | STEPS | 34 |
| | Total | 18 | S | ADMIN BLDG STAI | SLIP/STEPS/TWIS | 13 | STEPS | 37 |
| | Total | 19 | I | D-BLK STAIRS | MISSED STEP | 13 | STEPS | 26 |
| | Total | 20 | I | D-BLK | FELL/HALF | 13 | STEPS | 29 |
| | Total | 21 | I | BEHIND SCHOOL | FOOT/CAUGHT/STE | 10 | STEPS | 22 |
| | Total | 22 | | | | | | |
| HALL, JOHN | CS2352 | 07/13/1999 | I | A-BLK | FELL/STEPS | 13 | STEPS | 30 |
| | Total | 23 | S | H-BLK STAIRWELL | TRIPS UP | 13 | STEPS | 37 |
| | Total | 24 | I | MAIN YARD | FELL/STEPS/KNEE | 10 | STEPS | 12 |
| | Total | 25 | S | U/G | STEPS/STUMBLED | 10 | STEPS | 29 |
| | Total | 26 | I | E-BLK STAIRCASE | FELL/STEPS | 3 | STEPS | 51 |

## User Defined Report

| Name | Number | Date | Type | Location | Description | Code | Department | | Age |
|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮ | ▮▮ | I | SHOWER/STAIRWY | SLIP/STEPS/CHIN | 1 | STEPS | | 34 |
| **Total** | | **27** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | L-UNIT | TRIP/STAIRS/B-W | 5 | STEPS | | 32 |
| **Total** | | **28** | | | | | | | |
| JACKSON, JABARI | BZ6266 | 10/13/1999 | I | A-BLK STEPS | FELL/STEPS | 10 | STEPS | No medical report | 0 |
| **Total** | | **29** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | S | D&A UNIT/STEPS | FELL UP/STEPS | 13 | STEPS | | 43 |
| **Total** | | **30** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | S | L/H-BLK CTRL ST | STEPS/TWIST/ANK | 13 | STEPS | | 41 |
| **Total** | | **31** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | S | L/F | FELL/STEPS/HEAD | 43 | STEPS | | 0 |
| **Total** | | **32** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | S | D&A UNIT | STEPS/TWIST/KNE | 13 | STEPS | | 0 |
| **Total** | | **33** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | I | B-WING STEPS | PUSHED DOWN | 3 | STEPS | | 49 |
| **Total** | | **34** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | D-BLK STAIRS | FEET/SLIP/HIT | 10 | STEPS | | 0 |
| **Total** | | **35** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | U/F STEPS | FALLING/HIT/THU | 10 | STEPS | | 50 |
| **Total** | | **36** | | | | | | | |
| O'BRIEN, THOMAS | BB4015 | 02/26/2000 | I | A-BLK | STEPS/SLIP/HIT/ | 3 | STEPS | | 63 |
| **Total** | | **37** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | STEPS | TRIP/STEPS/HIT/ | 3 | STEPS | | 30 |
| **Total** | | **38** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | STAIRS/BLK | TRIP/WATER/FORE | 4 | STEPS | | 0 |
| **Total** | | **39** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | D-BLK F/BRIDGE | TRIPPED/UP | 13 | STEPS | | 28 |
| **Total** | | **40** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | C-BLK STAIRS | STEPS/KNEE/GAVE | 43 | STEPS | | 0 |
| **Total** | | **41** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | STEPS/C-BLK | SLIP/OBJECT/HEA | 3 | STEPS | | 27 |
| **Total** | | **42** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | E-BLK STAIRS | KNEE/POP | 41 | STEPS | | 0 |
| **Total** | | **43** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | D-BLK BRIDGE | FELL DOWN/STEPS | 13 | STEPS | | 35 |
| **Total** | | **44** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | S | FRONT GATE | TRIP/STEPS/UPPE | 41 | STEPS | | 0 |
| **Total** | | **45** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | I | H/STEPS | STEPS/FELL | 1 | STEPS | | 0 |
| **Total** | | **46** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | D-BLOCK | FELL/STEPS/ANKL | 13 | STEPS | | 24 |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | D BLK. STEPS | CLEANING/STEPS/ | 34 | STEPS | | 23 |
| **Total** | | **49** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | I | L-F/STAIRWAY | SLIP/DOWN/STEPS | 13 | STEPS | | 24 |
| **Total** | | **50** | | | | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | I | G/STAIRWELL | RUN/FELL/STEPS/ | 1 | STEPS | | 24 |
| **Total** | | **51** | | | | | | | |
| STAFFORD, DEON | DD4637 | 07/20/2000 | I | A-BLK/STAIRS | STEPS/BROKE/FEL | 43 | STEPS | | 31 |
| **Total** | | **52** | | | | | | | |
| ▮▮▮▮ | ▮▮ | | I | L/F-STAIRCASE | TRIP/UP/STEPS/K | 10 | STEPS | | 42 |
| **Total** | | **53** | | | | | | | |
| ▮▮▮TIS | ▮▮ | | I | PAINT SHP/B-DOC | SLIP/DOWN/STEPS | 13 | STEPS | | 33 |

# EXHIBIT C3
## Medical Incident/Injury Reports

*What happened?*

## MEDICAL INCIDENT/INJURY REPORT

| | | | Reported To Dispensary: |
|---|---|---|---|
| PERSON INVOLVED | (Last Name) Hall | (First Name) John (Middle Initial) | Date: 12, 6, 98 |
| Male ☑ Female ☐ | Age 29 | SSN: | Time: 0900 AM ☑ PM |

| Date of Incident 12/3/98 | Time of Incident 1910 ☐ A.M. ☑ P.M. | Exact Location of Incident back steps A-block |
|---|---|---|

INMATE ☑  Inst. No. CS2350  Housing Unit A-B2-041  Work Related  ☐ Yes  ☑ No

SUPERVISOR:

EMPLOYEE ☐  Department | Job Title

VISITOR ☐  Home Address | Home Phone

OTHER ☐  Occupation | Reason for Presence at this Facility

Property Involved ☐ :  Equipment Involved ☐ :  Describe | Was person authorized to be at location of incident: ☐ Yes ☐ No

Describe Exactly What Happened. Why It Happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.
1. Discription of Illness/Injury Inmate states "I fell down the back steps" Wheelchair to A-block to pick up inmate

(Continue on Reverse)

Was Physician Notified? Yes ☑ No ☐ | Was Family Notified? Yes ☐ No ☑

Was Person Involved Seen By A Physician? Yes ☑ No ☐ | Date 12 6 98 | Time 0915 A.M. P.M. | Where Dispensary | Physician's Name Baddick

Was Person Involved Taken To A Hospital? Yes ☐ No ☑ | Date | Time | A.M. P.M. | Where | By Whom

2. Initial Impression Illness/Injury

slipped on 4th step hitting knee and twisted knee as he fell down steps. Swelling +pain (L) knee no laceration (superficial) (R) bottom lip no erythema noted. (+)popliteal pulse.

Indicate On Diagram Location of Injury

TYPE OF INJURY
1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☐
4. Burn ☐
5. Non Apparent ☐
6. Other ☑
Specify probable sprain

3. Treatment Rendered: Ice to (L) knee
Crutches x 7 days
Motrin 800 mg tid x 5 days

Follow-Up Xray (L) knee in AM lay in x 3 days

Date of Report 12, 6, 98 | Signature & Title of Person Preparing Report TS March | Reviewing Authority M Coultie RN II / Jean Wooster, RN Supv.

COMMONWEALTH OF PENNSYLVANIA

# MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Brown | (First Name) Shawn | (Middle Initial) | | Reported To Dispensary: Date: 3/30/99 |
|---|---|---|---|---|---|
| Male ☒ : Female ☐ : | Age | SSN: | | | Time: 1100 AM |

| | Inst. No. CT7402 | Housing Unit A | Work Related | Yes ☐   No ☒ | Exact Location of Incident A blk |
|---|---|---|---|---|---|

**Date of Incident** 3-30-99   **Time of Incident** 1045 ☐ A.M. ☐ P.M.

**INMATE** ☐

| | SUPERVISOR: | | | |
|---|---|---|---|---|
| EMPLOYEE ☐ | Department | N/A | Job Title | |
| VISITOR ☐ | Home Address | | Home Phone | |
| OTHER ☐ | Occupation | | Reason for Presence at this Facility | |

Property Involved ☐ :   Equipment Involved ☐ :   Describe

Was person authorized to be at location of incident: ☒ Yes ☐ No

Describe Exactly What Happened. Why It Happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged. Describe Damage.

**1. Discription of Illness/Injury**

States tripped up step and fell on right arm.

*(Continue on Reverse)*

Was Physician Notified?   Yes ☒   No ☐   Was Family Notified?   Yes ☐   No ☒

Was Person Involved Seen By A Physician?   Yes ☒   No ☐   Date 3/30/99   Time 1105 ☐ A.M. ☐ P.M.   Where Disp   Physician's Name Baddick

Was Person Involved Taken To A Hospital?   Yes ☐   No ☒   Date / /   Time ☐ A.M. ☐ P.M.   Where   By Whom

**2. Initial Impression Illness/Injury**

To severe pain in right wrist with inability to move wrist due to pain. Minimal swelling noted. Skin warm. Right radial pulse present. Moves fingers slowly due to pain

**TYPE OF INJURY**

1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☐
4. Burn ☐
5. Non Apparent ☒
6. Other ☐

Specify ___

Indicate On Diagram Location of Injury

**Treatment Rendered:** Ice, Tylenol, X-ray

**Follow-Up** Sick call

**Date of Report** 3/30/99   **Signature & Title of Person Preparing Report**   **Reviewing Authority** RN II 3/30/99

Jean Wooster, RN Supv
**MEDICAL INCIDENT/INJURY REPORT**

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Hall | (First Name) John | (Middle Initial) |
|---|---|---|---|

Reported To Dispensary:
Date: 7/13/99
Time: _____ AM / PM

Male ☒ : Female ☐ : Age 38 SSN:

Date of Incident 7-12-99  Time of Incident 2000 ☐ A.M. ☒ P.M.  Exact Location of Incident A block

INMATE ☐  Inst. No. CS2352  Housing Unit A  Work Related ☐ Yes ☒ No

EMPLOYEE ☐  SUPERVISOR: Department _____ NA _____  Job Title

VISITOR ☐  Home Address  Home Phone

OTHER ☐  Occupation  Reason for Presence at this Facility

Property Involved ☐ : Equipment Involved ☐ : Describe

Was person authorized to be at location of incident? Yes ☐ No

Describe Exactly What Happened, Why It Happened, Action Taken, If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage. 1. Discription of Illness/Injury

States fell down about nine steps last evening

(Continue on Reverse)

Was Physician Notified? Yes ☒ No ☐  Was Family Notified? Yes ☐ No ☒

Was Person Involved Seen By A Physician? Yes ☒ No ☐  Date 1/13/99 Time 0850 ☐ A.M. ☐ P.M.  Where Disp  Physician's Name Berken

Was Person Involved Taken To A Hospital? Yes ☐ No ☒  Date / /  Time ___ ☐ A.M. ☐ P.M.  Where  By Whom

Indicate On Diagram Location of Injury

2. Initial Impression Illness/Injury

Arrives via wheelchair c/o severe pain in right knee with swelling noted. Very limited motion due to severe pain c/o pain in lateral left ankle with slight edema noted. Skin warm. Bilateral pedal pulses present

TYPE OF INJURY
1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☐
4. Burn ☐
5. Non Apparent ☒
6. Other ☐
Specify Swelling

3. Treatment Rendered: X-ray, Crutches, Motrin

Follow-Up sick call

Date of Report 7/13/99  Signature & Title of Person Preparing Report Therese Quinteller RN  Reviewing Authority Wooster RN Supv

Jean Wooster, RN Supv.

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) O'Brien | (First Name) Thomas | (Middle Initial) | Reported To Dispensary: Date 2 /26/00  Time 1936 AM/PM |
|---|---|---|---|---|

Male ☒  Female ☐  Age 63  SSN:

| Date of Incident 2/26/00 | Time of Incident 730 ☒A.M. ☐P.M. | Exact Location of Incident A-Block |
|---|---|---|

| INMATE ☒ | Inst. No. BB4015 | Housing Unit: A | Work Related ☐ Yes |
|---|---|---|---|

| | SUPERVISOR: |
|---|---|
| EMPLOYEE ☐ | Department | Job Title |
| VISITOR ☐ | Home Address | |
| OTHER ☐ | Occupation | Reason for Presence at this Facility |

RECEIVED MAR 0[?] 2000

Property Involved ☐ :  Equipment Involved ☐ :  Describe

Was person authorized to be at scene of incident? ☐ Yes ☐ No

Describe Exactly What Happened. Why It Happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.

1. Discription of Illness/Injury  I was coming down the steps & slipped & hit one of the cells on the block. R leg ē abrasion mid lower leg — abrasion R leg approx 8" abrasion L lower leg. (Continue on Reverse)

| Was Physician Notified?  Yes ☐  No ☒ | Was Family Notified?  Yes ☐  No ☒ |
|---|---|

| Was Person Involved Seen By a Physician?  Yes ☐  No ☒ | Date / / | Time / / | A.M. P.M. | Where | Physician's Name |
|---|---|---|---|---|---|

| Was Person Involved Taken To A Hospital?  Yes ☐  No ☒ | Date / / | Time / / | A.M. P.M. | Where | By Whom |
|---|---|---|---|---|---|

2. Initial Impression Illness/Injury

abrasion R leg — abrasion R leg — L leg —

**TYPE OF INJURY**
1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☒
4. Burn ☐
5. Non Apparent ☐
6. Other ☐
Specify _____

Indicate On Diagram Location of Injury

3. Treatment Rendered: cleansed ē Peroxide & H₂O — TABacit & DSD applied

ow-Up

| Date of Report 2/26/00 | Signature & Title of Person Preparing Report  M. Beauchesnek | Reviewing Authority  Jeffrey K. Boyn RN's |
|---|---|---|

DC-457  COMMONWEALTH OF PENNSYLVANIA  MEDICAL INCIDENT/INJURY REPORT

**EXHIBIT C4**
**Medical Incident/Injury Report for Deon Stafford,**
**Dated 07/20/00**

# MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Stafford | (First Name) Deon | (Middle Initial) | Reported To Dispensary: |
|---|---|---|---|---|

Male ☒ : Female ☐ : Age 31 SSN:

Date: 7/20/00
Time: 1140 AM/PM

Date of Incident 7/20/00   Time of Incident 1120 ☐ A.M. ☐ P.M.   Exact Location of Incident A block stairs

**INMATE** ☒   Inst. No. DD 4637   Housing Unit: A   Work Related ☐ Yes ☒ No

SUPERVISOR:

**EMPLOYEE** ☐   Department ___   Job Title ___

**VISITOR** ☐   Home Address ___   Home Phone ___

**OTHER** ☐   Occupation ___   Reason for Presence at this Facility ___

Property Involved ☒ :   Equipment Involved ☐ :   Describe Stairs

Was person authorized to be at location of incident ☐ Yes ☐ No

Describe Exactly What Happened. Why It Happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.

**1. Discription of Illness/Injury**

Dispensary received telephone call that step broke on stairs near dining room A block. Inmate fell down stairs when step broke. Inmate lying at bottom of stairs (Continue on Reverse)

Was Physician Notified?  Yes ☒  No ☐     Was Family Notified?  Yes ☐  No ☒

Was Person Involved Seen By A Physician?  Yes ☒  No ☐    Date 7/20/00  Time ___ A.M./P.M.  Where Disp   Physician's Name Beren/Pratt

Was Person Involved Taken To A Hospital?  Yes ☐  No ☒    Date / /  Time ___ A.M./P.M.  Where ___   By Whom ___

**2. Initial Impression Illness/Injury**

Pulse ox 98% P 61
Inmate brought to dispensary via stretcher. Inmate immobilized c̄ neck immobilizer and Reeves sleeve. Handgrasps unequal. Right weaker than left. No movement or reaction to pain Right. C/o back pain with any movement. Inmate awake and alert.

**TYPE OF INJURY**

1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☐
4. Burn ☐
5. Non Apparent ☐
6. Other ☒
Specify ___

Indicate On Diagram Location of Injury

**3. Treatment Rendered:** Xray

Follow-Up  Admit to infirmary

Date of Report 7/20/00   Signature & Title of Person Preparing Report ___ RN

Reviewing Authority  Jeffrey K Boyds RN

DC-457   **COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**MEDICAL INCIDENT/INJURY REPORT**

## DISPOSITION AFTER TREATMENT:

1. Return to Block _____
2. Place in RHU _____
3. Admit to Infirmary ___✓___
4. Admit to Community Hospital _____
5. Return to Work _____
6. Refer to Physician's Line _____
7. Refer to Family Physician _____ (Employee)
8. Refer to Community Hospital _____

## DISTRIBUTION:

Original: Medical File ___✓___

Copies: Superintendent _____
Deputy for Operations _____
Deputy for Treatment _____
Major _____
Security Officer _____
Other _____

## CONTINUED FROM REVERSE: (Items 1 through 3) (Indicate Item).

3. Pupils equal and reactive. To xray via stretcher 1220 moving Right foot and leg but not as well as left leg. Xrays reviewed by Dr Beken. Inmate transferred to infirmary via stretcher for admission

**EXHIBIT C5**
**X-Ray Report for Deon Stafford, Dated 04/29/99**

**FORM DC-82**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

NAME Stafford, Deon

NUMBER DD4637   QUARTERS CB2015

X-RAY NUMBER   DATE OF X-RAY 4/29/99

TECHNICIAN

☐ TREATMENT   ☑ EXAMINATION   DETAILS:

lumbosacral spine

MAY 07 1999
MEDICAL DEPT.
SCI GRATERFORD

DR. A. ZARVANY
PHYSICIAN

REPORT

Pt states it is his upper back and neck that is the problem, not his lower back as ordered. - does not want lower back x-ray done - signed DC-462 Bg. 4/29/99

DATE OF REPORT                                   ROENTGENOLOGIST

White—MEDICAL RECORD    Canary—X-RAY FILE    Pink—RADIOLOGIST FILE



**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

NAME Stafford

NUMBER DD4637   QUARTERS DCB2016

X-RAY NUMBER   DATE OF X-RAY 11/29/99

REC   TECHNICIAN

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

X-ray (L) ankle

DEC 07 1999
MEDICAL DEPT.
SCI GRATERFORD

CPS Physician PHYSICIAN

REPORT LEFT ANKLE- Radiographs of the left ankle demonstrate mild degenerative change with mild soft tissue swelling. No definite fracture is noted.

IMPRESSION: No acute fracture.

PETER G. GREGORY, M.D.
11-30-99    lag

Diagnostic Report
Name:
Date / Time: 12-2-99   12:45

White—MEDICAL RECORD    Canary—X-RAY FILE    Pink—RADIOLOGIST FILE

**EXHIBIT C6**
**X-Ray Report for Deon Stafford, Dated 07/20/00**

SCI GRATERFORD

**DC-456**

# X-RAY REPORT   RECEIVED

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

JUL 25 2000
MEDICAL RE_
SCI GRAT___

| NAME Stafford | NUMBER DD 4637 | QUARTERS |
| X-RAY NUMBER | DATE OF X-RAY 7/20/00 | TECHNICIAN |

| ☐ TREATMENT   ☐ EXAMINATION | DETAILS: |

*Pt. on backboard   L-spine , C-spine
R pelvis xray                    14"
AP's done only per Dr. Beken

Name:
Date / Time: 7/21/00
A              N     NCS

**REPORT**

PELVIS– Radiographs of the pelvis demonstrate no fracture or deformity.
The soft tissues and joint spaces are unremarkable.

LUMBAR SPINE– Single AP radiographs of the lumbar spine demonstrate no
definite fracture or bone destruction. Alignment is difficult to evaluate
on a single AP view.

CERVICAL SPINE– Limited single AP view of the cervical spine demonstrates
no obvious abnormality, fracture or foreign body.

Emre Beken M.D.
CPS Physician

ROENTGENOLOGIST

DATE OF REPORT
PETER G. GREGORY, M.D.   07-21-00   lag

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

---

**DC-456**

# X-RAY REPORT   RECEIVED GRATERFO_

MAR 08 2001

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

MEDICAL RECORDS DEP
SCI GRATERFORD

| NAME Stafford, D | NUMBER DD 4637 | QUARTERS |
| X-RAY NUMBER | DATE OF X-RAY 3/1/01 | TECHNICIAN |

| ☐ TREATMENT   ☑ EXAMINATION | DETAILS: |

Diagnostic Reports (PA)
Name:                    D
Date / Time: 3/7/01
A              N     NCS

Emre Beken M.D.
CPS Physician

Ralph Smith M.D.
Physician

**REPORT**

**CHEST** – Unremarkable heart, lungs, skeletal structures and mediastinum.

**IMPRESSION:** Normal chest - No active disease.

ROENTGENOLOGIST

DATE OF REPORT
Romas Dovydaitis, M.D.
03-02-01 lag

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

**EXHIBIT C7**
**Progress Notes**

# PROGRESS NOTES

[ ] Outpatient                                                                          [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| | | | Inf. |
| 7/20/00 | MD<br>#5<br>S - | S. c/o lower back pain.<br>fell off the steps while coming down<br>the steps. |
| | | | O: PE lung CTA<br>heart RRR (+)S₁S₂<br>Abd. soft ⊘N/D.<br>ext ⊝ E/C/C.<br>neuro A+A⊘x3.<br>no focal deficit<br>moves / and has control to all extr.<br>EOMI, PERRLA, neck is supple.<br>CN II-XII intact<br>A: lower back pain<br>P: use the adv.<br>x-rays no obvious fx.<br>waiting for Radiology report<br>Emre Beken M.D.<br>CPS Physician |
| 7/20/00<br>1300 | | Nsg | S: "I don't know what happened."<br>O: Inmate brought to dispensary at 1140<br>via stretcher c neck immobilizer in<br>place. Block officer stated inmate |

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**

Inmate Name: Stafford, Deon

Inmate Number: DD 4637

DOB: 4-10-69

Institution: S C I G

# PROGRESS NOTES

[ ] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7/3/00 | #5 | 0001<br>NSG | O- A+O. Moving about freely in bed All Limbs, without c/o pain/discomfort<br>A- NAD verbalized or observed<br>P- Monitor ——————— C Joudrey RNC |
| 7/21/00 | | MD | Inf<br>#A,5  S: Back pain resolved<br>S— ∂. PE ___<br>not in distress<br>A: low back pain<br>P: OLC to block |
| 7/21/00 | | NSG | — Pt'd ambulatory to block. No visible sign of distress, no noise distressed. Inmate meds as ordered c instruction. Verbalized understanding. Deb K Initialed Asst. ___ |
| 7/28/00<br>1545 | | MD | S— No seizure still c back pain feel that he needs more pain med<br>O — ⊖ Rabinski B/L<br>⊖ straight leg test B/L<br>⊖ motor power deficiency |

Progress Notes<br>Commonwealth of Pennsylvania<br>Department of Corrections<br>DC-472

Inmate Name: Stafford, Dion

Inmate Number: DD 4637

DOB: 4/10/69

Institution: Scic

# PROGRESS NOTES

[ ] Outpatient                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7/29/00 | | 0930 nsg | Nr. seen individual. c/o pain in back red. (R) leg, SHA —[illegible] |
| 7/3/00 0944 | (5) | MD | S) Renew Med. — pain back → leg  O) Good ROM — tolerates well  A) LBP, Spasm  P) See MD.  DENNIS MOYER, M.D. |
| 8/3/00 0900 | 5 | nsg | S — wants a chair / bunk brace  O — using a cane to walk  A — recent injury  P — see orders  N. Kulaylat, M.D. Internal Medicine |
| 8/7/00 0905 | (5) | MD | S) Renew Med — Motrin affecting stomach  O) (R) LBP—Spm  P) See MD  DENNIS MOYER, M.D. |
| 8/9/00 1455 | | CHCA | GRA0897,000 answered re: LBP inj from 7/20/00  Kramer CHCA |

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**

Inmate Name: Stafford,
Inmate Number: DD 4637
DOB: 4-10-69
Institution: SCI[?]

# PROGRESS NOTES

[ ] Outpatient                                                                [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9/8/00 1500 | | Nsg | O- Scheduled for physical therapy<br>A: Clinic cancelled due to ___<br>P. Reschedule ___ _March_ |
| 10/19/00 | Nsg. | 1630 | O- Internal med. clinic — no show<br>P- Reschedule appt. — _Bennett LPN_ |
| 1025 | ∞ | mer | 5'10"         Internal Med        175 lbs |
| 1035 | 9/6 | | (S) _Admits to (R) Impairment of (L) Knee_<br>_Disorder, Still & Intermittent low_<br>_Garg LS Discomfort Durine_<br>_Activity /Ambulosa_<br>(-) _Seizures x 1 yr_<br>(O)    _LS Rem funl_<br>(A)  _S/P Lumbosacral Strain_<br>_Seizure Disorder_ (_wishes to d/c Depakote_)<br>_(return to Dilantin)_<br>(P) _As per order sheet_<br>         _Internal Medicine_   178 lbs<br>         Ralph Smith M.D.  Physician |
| 11/4/00 1415 | (8) | mer | (S) _Admits to Pain Conference - Re: Dilm._<br>_(none x 2 wks) — (-) Denies Seizures x 1 yr_<br>(O) _Dilantin level f none (-) effects_<br>(A) _Seizure Drs — Medication rev @ ___ levels_<br>(P) _Instruct Counselling Re: Importance of_ |

# PROGRESS NOTES

[ ] Outpatient                                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 2/2/01 1800 | ① /S | Med | Internal Medicine      175 lbs |
| | | | Ⓢ no complaints — seizures been controlled on |
| | | | LBP ē Morrin.      No seizures |
| | | | since last visit |
| | | | Ⓞ 12-20-00 f Dilantin level — 2.4 ↓ |
| | | | Ⓐ Seizure Disorder — stable @ present |
| | | | LBP — no complaints currently |
| | | | Ⓟ As per meizen sheet |
| | | | Ralph Smith M.D. Physician |
| 3/30/01 1500 | | Nsg | EKG completed .    J Ritter Rn |
| 4/16/0 | | M | lab eval. |
| 1/16/01 plus | | AT 14" | S: Ø |
| | | | O: low dilantin level. |
| | | | A: H/o Sz. |
| | | | P: call to sick call <0.6 |
| | | | to eval and educate |
| | | | the inmate |
| 4/18/0 9/05 | ⑤ | DO | S lab studies no release of LVN (verbomn) 01 dy checked |
| | | | a BP 142/   Rout as per R.R. oqutex Ⓜ 11/10 |
| | | | my dehvasond ext prior tecque |
| | | | A seizure disorder ; LVN |

Inmate Name:  STATONS, D

Inmate Number:  DD 4637

DOB:  4-10-69

Institution:  SCG

# PROGRESS NOTES

[ ] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7/12/01<br>1130<br>1415 | 5 | PT | SEE DC-441 _(signature)_ JAMES PETACCIO, MSPT |
| 7/24/01<br>1130 | | Must<br>#5 | S. "I hurt my back"<br>O: L/S pain ī lifting, material at work (was verified by supervisor<br>Oxxx<br>A L/S ptn<br>P _(signature)_<br>J.Q. Korszniak, PA-C |
| 8/3/01<br>1000<br>8/3/01 | 5 | PT | S: Admits non-compliance ē HEP. Has had only two incidents of radiation into LE since 7/12/01<br>O: pt ē ⊖ LBP @ beig beginning of session. Repeated FF produced LBP, Repeated EIS abolished Sx. Re-inforced importance of HEP [EIS ā 15' @ work + POE × 15' ā 2hrs on block.<br>A: Still ē McKenzie LS Derangement I. pt poor compliance ē HEP frequency has slowed progress.<br>P: Will flu in 2wks. if pt performs HEP appropriately it is expected that his pain will be abolished. D/C ī next visit _(signature)_ JAMES PETACCIO, MSPT |

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**

Inmate Name: STXXXXXS, D

Inmate Number: DD   4637

DOB:   4-10-6 9

Facility:   SCG

**EXHIBIT C8**
**Physician's Orders**

# PHYSICIAN'S ORDERS

STAFFORD Dion
DD 4637
4-10-69
50l8          InF.          (A)

Drug Allergies: _NKDA_

Self-Medication Program ☐ Yes   ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-5-00 1000 | | CBC, DEPAKOTE LEVEL, CHEM PROFILE, TSH, CREATININE per Dr. ZAWAWI |
| | | nst 7-5-00 1000 D Helen |
| 7/20 M HA #5 | 1 00 R ⁺ | D3 p. L-spine, C-spine x ray - ® pelvis x ray        Emre Beken M.D. CPS Physician |
| 7/20/00 NO 12³⁰ | #5 | — Admit to Infirmary 23 hours observation — Motrin 600 mg, PO TID x 10 days. — Raboxin 750mg PU BID x 7days. — bed rest. — dx lower back pain. — Regular diet x 30 days.        Emre Beken M.D. CPS Physician 7/20/00 1130 |
| | | 244 7/31/00 |

**PLEASE USE BALL POINT PEN ONLY**

# PHYSICIAN'S ORDERS

Inmate Name: Stafford, Dion
Inmate Number: DD 4637
DOB: 4/10/69
Institution: Sci

(A)

Drug Allergies:
NKDA

Self-Medication Program ☐Yes ☐No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7/21/00 ms 45 9 | | inf D/C to block cont block meds — Emre Beken M.D. CPS Physician |
| | | [signature] RN 7/21/00 1310 |
| 7/21/00 1540 | 6 | 1) ↑ Motrin 600mg PO to ī qid (need 60 more tablets) x 10d |
| 7/21/00 1635 | 5 | 2) ↑ Robaxin 750mg to ī̄ PO Tid (already received 15 tablets) x 10d |
| | 7 | 3) Depakote 250mg ī in am & ī̄ in hs } x 90d self meds for seizure |
| noted RN | 4 | RTC 3 mnos 7/21/00 1545 — N. Naylat, M.D. |
| 7/26/00 1240 | 5 | — Sick Call (1) Please allow use of Cane x 10 Days RALPH W SMITH MD MEDICINE Note 7/26/00 1245 [signature] |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

| Inmate Name: | Stafford P |
| Inmate Number: | PD 4637 |
| DOB: | 4-10-69 |
| Institution: | SCIL |

Drug Allergies: NKDA (A)

Self-Medication Program ☐ Yes   ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7/3/00 0847 | 5 | Motrin 600 mg Qid x 10d. Robaxin 750g Qid x 10d. DENNIS MOYER, M.D. RK'd 7/31/00 |
| 8/3/00 0900 | 100 | See DC 480 written 8/3/00 @ 0900 N. Kulaylat, M.D. Internal Medicine |
| 8/7/00 0905 | 5 | N motrin 500mg Po Bid x 10d. DN DENNIS MOYER, M.D noted 8/7/00 0905 M Levengood RN |
| 8/14/00 1400  8/14/00 0935 | 5 | N motrin 500mg Po Bid ⎫ x 10d. Robaxin Flexeril 10g Bid ⎭ DENNIS MOYER, M.D. noted 8/14/00 0935 M Levengood RN |
| 8/23/00 RKB  8/23/00 | 5 | Consult PT noted 8/23/00 1810 M Levengood RN |

PLEASE USE BALL POINT PEN ONLY

# EXHIBIT D
**Declaration of Chief Grievance Review Officer Tshanna Kyler**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN (SUPERINTENDENT): | | |
| MANNY ARROYO (DEPUTY | : | |
| SUPERINTENDENT), DAVID | : | |
| DIGUGLIELMO (DEPUTY | : | |
| SUPERINTENDENT), GEORGE HILTNER | : | |
| (SUPERVISOR MAINTENANCE), MRS. | : | |
| KNAUER (ADMINISTRATION | : | |
| SUPERVISOR), MR. MCSURDY (FIRE | : | |
| INSPECTOR SUPERVISOR) | : | NO. 02-3790 |

### DECLARATION OF TSHANNA KYLER

I, Tshanna Kyler, declare under penalty of perjury that the following facts are true and

correct to the best of my knowledge:

1. I am employed by the Pennsylvania Department of Corrections (DOC) as a Grievance

   Review Officer.

2. I have reviewed plaintiff Deon Stafford's (inmate DD-4637) records of Grievance

   Number GRA-0897-00, which pertains to a July 20, 2000 accident.

3. The DOC's administrative directive, DC-ADM 804, in the Inmate Handbook, entitled the

   Consolidated Inmate Grievance Review System, was established to ensure that inmates

   have an avenue through which to resolve specific problems.

5. Through the grievance procedure, I receive inmate grievance appeals for final review

   related to the inmate's problem with confinement, to assess whether that inmate's

   complaint has been appropriately addressed by the respective institution. My

   responsibilities require me to be aware of, track, review and address all grievances

submitted for final review.

6. As part of my duties, I process and maintain all computer records and hard copies of all appeals to final review of grievances filed by inmates in state correctional institutions.

7. I have researched the computer records for plaintiff, Deon Stafford's (inmate DD-4637), and have confirmed that Stafford has not exhausted Grievance No. GRA-0897-00 against any officials from the State Correctional Institution ("SCI") at Graterford. Rather, Mr. Stafford failed to comply with the provision(s) of DC-ADM 804 on his appeal for final review and, after being informed of this by letter dated August 31, 2000, he did not attempt to properly re-submit Grievance No. 0897-00 for final review.

8. In addition, there is no record of Stafford exhausting any other grievances related to the conditions of the stairs in SCI-Graterford.

9. Attached, as noted in the Exhibit Table, are true and correct copies of the documents that I have described above.

I declare under penalty of perjury that the foregoing facts are true and correct based upon my personal knowledge.

Harrisburg, PA

DATED: 8/4/04

_Tshanna Kyler_
Tshanna Kyler

2

**EXHIBIT D1**
**Official Inmate Grievance GRA-0897-00**

DC-804
PART 1

*Mrs. Kramer*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

OFFICIAL INMATE GRIEVANCE

*Medical*    Due 8/7/00    GRIEVANCE NO. CHH-0897-2000

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Mrs. Leslie Hatcher* | *SCIG* | *July 22, 2000* |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| *Mr. Dean C. Stafford   DD-4637* | *Mr. Dean C. Stafford* |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| *CI Shop* | *A-B2-47* |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*Hello on July 20, 2000, I fell through the 8th step in back of A-Block, landing on my back & neck. Now their were many work orders for the steps to be fixed, by the guards & inmates and they were not fixed, now I'm suffering from back & neck pain, and extremely bad headaches and medical x-rayed me, but refused to take me to the Hospital "Dr. Bekka" nor give me a lay-in-from work or "Feed in" now I'm forced to work, w/out a neck or back brace!*

B. Actions taken and staff you have contacted before submitting this grievance:

*Talked to Mr. Murphy A-Block unit manager, LT. Ransome inmate Vaughns*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                    7/25/00
                                                       Date

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

#4668 P.005/005    SEC COMPLEX    SEP.05.2003 16:08 717 787 0132

**EXHIBIT D2**

**Official Inmate Grievance Response (Initial Review)**

C-804
ART. II

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

FFICIAL INMATE GRIEVANCE
IITIAL REVIEW RESPONSE

GRIEVANCE NO.  0897-2000

| TO: (Name & DC NO.) | INSTITUTION | QUARTERS | GRIEVANCE DATE |
|---|---|---|---|
| DEON STAFFORD, DD-4637 | SCIG | A-B2-047 | 7/22/00 |

The following is a summary of my findings regarding your grievance:

Mr. Stafford, I reviewed your chart. Your injury occurred on 7/20. You were admitted to the Infirmary. X rays were taken on 7/20 and were negative. You were discharged back to the block on 7/21. You ambulated without signs of distress. You were seen at 3:45 pm on 7/21 by Dr. Kulglat. Your exam was completed and medication was increased for discomfort. You were seen by several doctors on 7/24, 7/26, 7/31, 8/3, 8/7 for your complaints. documentation shows full range of motion and once you told the doctor you wanted a chair and back brace. Your medical follow-up has been appropriate and follows DOC policy and procedure.

Refer to DC-ADM 804, Section VIII, for instructions on grievance system appeal procedures.

SIGNATURE OF GRIEVANCE COORDINATOR
J. Kramer C HCA

DATE 8/7/00

**EXHIBIT D3**
**Inmate Appeal from Initial Review**

DATE      : AUGUST 16, 2000

FROM      : MR. DEON C. STAFFORD SR. #DD-4637 A B2-047        OFFICE
                                                              OF THE

SUBJECT   : APPEAL FROM INITIAL REVIEW OF GRIEVANCE      AUG 21 2000
            #GRA-0897-2000 FILED ON JULY 23, 2000
                                                          CHIEF
                                                     HEARING EXAMINER

Dear Sir:

     My grievance was answered but, as of thus far I have seen no
results at all.  My grievance was pertaining to the corroded
steps on a block.  And because of the rotting steps, they broke
and, I fell, hurting myself.  Also, the medical department
refused me outside medical treatment.

     And I would also like for the prison here at Graterford to
take out those rotted steps and replace them with new ones.
Also, I would like to be admitted to a hospital so that I can get
the professional help that I need.  And a thorough examination,
and follow-up with neck and back therapy.  Thank you in advance
for your co-operation.

Respectfully


_Mr. Deon C. Stafford Sr. DD-4637_
MR. DEON C. STAFFORD SR. #DD-4637 A B2-047

# EXHIBIT D4
## Superintendent Vaughn's Disposition of Inmate Appeal

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Graterford**
(610)489-4151
August 15, 2000

**SUBJECT:**       **A-Block Steps**

**TO:**             Deon Stafford, DD-4637       A-B2-091

**FROM:**          Donald T. Vaughn
                   Superintendent
                   SCI-Graterford

I am in receipt of your request of July 24, 2000 in which you advised me that you were involved in an accident on A-Block when a step collapsed.

As soon as this incident was reported to the Maintenance Department, they dispatched employees with the appropriate equipment to make these repairs. While it is unfortunate that you had this accident, I must advise you that corrective action has been taken which will prevent similar incidents involving you or other inmates in the future.

DTV:AJLF:kcn

cc:    Mr. Hiltner
       DC-15  DD-4637
       File

5 Top
Fixed Replaced
March 2001
R.J.Tintiaye
8 1/2 mos later

**EXHIBIT D5**
**Grievance Appeal to Central Office**

DATE     : AUGUST 17, 2000

TO       : ROBERT S. BITNER CHIEF HEARING EXAMINER

FROM     : MR. DEON C. STAFFORD SR. #DD-4637 A B2-047

SUBJECT  : APPEAL FROM INITIAL REVIEW OF GRIEVANCE
           #GRA-0897-200 FILED ON JULY 23, 2000

Dear Sir:


    My grievance was answered but, as of thus far I have seen no
results at all. My grievance was pertaining to the corroded
steps on a block. And because of the rotting steps, they broke
and, I fell, hurting myself. Also, the medical department
refused me outside medical treatment.

    And I would also like for the prison here at Graterford to
take out those rotted steps and replace them with new ones.
Also, I would like to be admitted to a hospital so that I can get
the professional help that I need. And a thorough examination,
and follow-up with neck and back therapy. Thank you in advance
for your co-operation.

Respectfully



_____
MR. DEON C. STAFFORD SR. #DD-4637 A B2-047

**EXHIBIT D6**
**Final Review of GRA-0897-00**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

August 31, 2000

Dean Stafford, DD-4637
SCI Graterford

Re:   DC-ADM 801 - Final Review
Grievance No. GRA-0897-00

Dear Mr. Stafford:

Your appeal of the above-referenced grievance has been received by this office for review. However, our inquiry into this matter reveals that you have not yet appealed to the Superintendent of your institution as required by DC-ADM 804, VI D, 2.

The Central Office Medical Review Committee was abolished by policy amendment DC ADM 804-1 four (4) years ago. All grievances, including medical, must be appealed to the Institution Superintendent prior to appeal to final review.

Until this appeal is completed, final review cannot be granted. Upon receiving the response from your appeal to the Superintendent, you may once again submit a timely written appeal for final review.

This response does not grant you a right to an appeal if it would otherwise be untimely to pursue that appeal. However, in evaluating the timeliness of any appeal you submit, the time consumed by erroneously directing your appeal to this office may be disregarded at the discretion of the recipient of your next appeal.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:bjk

pc:   Superintendent Vaughn

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEON C. STAFFORD                              :        CIVIL ACTION
                                              :
         v.                                   :
                                              :
DONALD T. VAUGHN (SUPERINTENDENT):
MANNY ARROYO (DEPUTY                          :
SUPERINTENDENT), DAVID                        :
DIGUGLIELMO (DEPUTY                           :
SUPERINTENDENT), GEORGE HILTNER               :
(SUPERVISOR MAINTENANCE), MRS.                :
KNAUER (ADMINISTRATION                        :
SUPERVISOR), MR. MCSURDY (FIRE                :
INSPECTOR SUPERVISOR)                         :        NO.  02-3790

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct

copy of the Commonwealth Defendants' Motion for Summary Judgment was filed electronically

and is available for viewing and downloading from the ECF system as of August 6, 2004.  I

further certify that a true and correct copy of said document was mailed on August 6, 2004,

postage prepaid, to:

Deon Stafford, DD-4637
State Correctional Institution at Graterford
P.O. Box 244
Graterford, PA 19426

                                    GERALD J. PAPPERT
                                    ATTORNEY GENERAL

                          BY:  /s/ Patrick J. McMonagle
                                    Patrick J. McMonagle
                                    Deputy Attorney General
                                    Identification No. 83890

Office of Attorney General              Susan J. Forney
21 S. 12th Street, 3rd Floor            Chief Deputy Attorney General
Philadelphia, PA  19107-3603            Chief, Litigation Section
Telephone No. (215) 560-2933