IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEON C. STAFFORD, MR. SR** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **DONALD T. VAUGHN** | : | **NO. 02-3790** |
| **(SUPERINTENDENT), MANNY ARROYO** | : | |
| **(DEPUTY SUPERINTENDENT), DAVID** | : | |
| **DIGUGLIELMO (DEPUTY** | : | |
| **SUPERINTENDENT), GEORGE** | : | |
| **HILTNER (SUPERVISOR** | : | |
| **MAINTENANCE), KNAUR, MRS., and** | : | |
| **MSCURDY, MR.** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 12th day of August, 2004, the Court having received on August 9, 2004, Defendants' Motion for Summary Judgment, **IT IS ORDERED** that *pro se* plaintiff, Deon C. Stafford, Sr., shall file and serve a response to the Motion for Summary Judgment on or before September 10, 2004. If additional time is required, it should be requested by letter to Chambers (Room 12613, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106) on or before September 10, 2004. Two (2) copies of *pro se* plaintiff's response to Defendants' Motion for Summary Judgment shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**