IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD,   Plaintiff | : | CIVIL ACTION |
| v. | : | |
| DONALD T. VAUGHN, ET AL.   Defendants | : | NO.  02-3790 |

**ORDER**

AND NOW, this    day of           , 2004, upon consideration of Commonwealth defendants' Motion to Stay Pretrial Filings Pending Disposition of the Motion for Summary Judgment, it is hereby ORDERED that said motion is GRANTED. A new scheduling order will be issued after the disposition of the summary judgment motion, if necessary.

BY THE COURT

_____
JAN E. DUBOIS,    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, ET AL. | : | NO. 02-3790 |
| Defendants | : | |

**MOTION OF COMMONWEALTH DEFENDANTS TO STAY PRETRIAL FILINGS PENDING DISPOSITION OF THE SUMMARY JUDGMENT MOTION**

Commonwealth defendants move this Court for a stay of pretrial filings pending disposition of their motion for summary judgment and incorporate by reference the attached brief.

WHEREFORE, Commonwealth defendants request this Court to stay pretrial filings until after the disposition of the summary judgment motion, if necessary.

                    GERALD J. PAPPERT
                    ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
     Patrick J. McMonagle
     Deputy Attorney General
     Identification No. 83890

Office of Attorney General          Susan J. Forney
21 S. 12th Street, 3rd Floor         Chief Deputy Attorney General
Philadelphia, PA  19107-3603      Chief, Litigation Section
Telephone No. (215) 560-2933

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, ET AL. | : | NO. 02-3790 |
| Defendants | : | |

**BRIEF IN SUPPORT OF COMMONWEALTH DEFENDANTS' MOTION TO STAY PRETRIAL FILINGS PENDING DISPOSITION OF THE SUMMARY JUDGMENT MOTION**

By Order dated February 23, 2004, this Court set the following deadlines: July 23, 2004 for motions for summary judgment; August 13, 2004 for plaintiff's response; October 8, 2004 for plaintiff's Pretrial Memorandum; and October 22, 2004 for Commonwealth defendants' Pretrial Memorandum.

Commonwealth defendants filed a motion for summary judgment. By Order dated August 13, 2004, this Court ordered that the time within which plaintiff must respond to the Motion for Summary Judgment is extended until further notice. The discovery issue remains pending.

WHEREFORE, Commonwealth defendants request this Court to stay pretrial filings until after the disposition of the summary judgment motion, if necessary.

                                             GERALD J. PAPPERT
                                             ATTORNEY GENERAL

                        BY:  /s/ Patrick J. McMonagle
                                Patrick J. McMonagle
                                Deputy Attorney General
                                Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, ET AL. | : | NO. 02-3790 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendants' Motion to Stay Pretrial Filings Pending Disposition of the Summary Judgment Motion was filed electronically and is available for viewing and downloading from the ECF system as of October 21, 2004. I further certify that a true and correct copy of said document was mailed on October 21, 2004, postage prepaid, to:

Deon Stafford
Inmate DD-4637
State Correctional Institution at Graterford
P.O. Box 244
Graterford, PA 19426

                                        GERALD J. PAPPERT
                                        ATTORNEY GENERAL

                            BY:  /s/ Patrick J. McMonagle
                                        Patrick J. McMonagle
                                        Deputy Attorney General
                                        Identification No. 83890

Office of Attorney General                Susan J. Forney
21 S. 12th Street, 3rd Floor                Chief Deputy Attorney General
Philadelphia, PA  19107-3603            Chief, Litigation Section
Telephone No. (215) 560-2933
Fax:  (215) 560-1031