IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEON C. STAFFORD, MR. SR** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **DONALD T. VAUGHN** | : | NO. 02-3790 |
| **(SUPERINTENDENT), MANNY ARROYO** | : | |
| **(DEPUTY SUPERINTENDENT), DAVID** | : | |
| **DIGUGLIELMO (DEPUTY** | : | |
| **SUPERINTENDENT), GEORGE** | : | |
| **HILTNER (SUPERVISOR** | : | |
| **MAINTENANCE), KNAUR, MRS., and** | : | |
| **MSCURDY, MR.** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 2nd day of November, 2004, the Court having endeavored to appoint counsel to represent *pro se* plaintiff under the Prisoner Civil Rights Panel Program since February 24, 2004, and three (3) attorneys having declined to accept the case based on merit, **IT IS ORDERED** that the Deputy Clerk shall **DISCONTINUE** efforts to appoint counsel for *pro se* plaintiff under the Program.

**IT IS FURTHER ORDERED** that, in addition to *pro se* plaintiff and defense counsel, a copy of this Order shall be served on Matthew York, Deputy Clerk/*Pro Se*.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**